## CRIMINAL MINUTE ENTRY

DOCKET NUMBER: 12-CR-661

Date Received By Docket Clerk: _____ Docket Clerk Initials: _____

BEFORE JUDGE: Townes  DATE: 1/22/2013  TIME: _____
CRIMINAL CAUSE FOR Status Conference  TIME IN COURT ___ HRS 10 MINS

DEFENDANT'S NAME: Ali Ahmed  DEFENDANTS # _____
[x] Present  [ ] Not Present  [x] Custody  [ ] Not Custody
DEFENSE COUNSEL: Susan Kellman
[x] Present  [ ] Not Present  [ ] Federal Defender  [x] CJA  [ ] Retained

DEFENDANT'S NAME: Madhi Hashi  DEFENDANTS # _____
[x] Present  [ ] Not Present  [x] Custody  [ ] Not Custody
DEFENSE COUNSEL: Harry Batchelder, Jr.
[x] Present  [ ] Not Present  [ ] Federal Defender  [x] CJA  [ ] Retained

DEFENDANT'S NAME: Mohamed Yusuf  DEFENDANTS # _____
[x] Present  [ ] Not Present  [x] Custody  [ ] Not Custody
DEFENSE COUNSEL: Ephraim Savitt
[x] Present  [ ] Not Present  [ ] Federal Defender  [x] CJA  [ ] Retained

A.U.S.A.: Richard M. Tucker  PRETRIAL/PROBATION OFFICER _____
CASE MANAGER OR MAGISTRATE CLERICAL Lewis Hugh
COURT REPORTER: OR ESR OPERATOR Allan Sherman  TAPE LOG _____
INTERPRETER: Magna Czagany  LANGUAGE: Swedish

Select the Type of Hearing or Trial  CONTESTED [ ]YES [ ]NO

[ ]Allocution Hearing        [ ]In Camera Hearing                    [ ]Plea and Sentence
[ ]Arraignment               [ ]In Chambers Conference               [ ]Preliminary Examination
[ ]Attorney Appointment Hearing [ ]Initial Appearance                [ ]Preliminary Revocation Hearing
[ ]Bench Trial               [ ]Initial Appearance-Material Witness  [ ]Pretrial Conference
[ ]Bond Forfeiture Hearing   [ ]Initial Appearance-Revocation Proceedings [ ]Pro Se(Faretta) Hearing
[ ]Bond Hearing              [ ]Initial Appearance-Rule 5(c)(3)      [ ]Psychiatric Report Hearing
[ ]Bond Rrevocation Hearing  [ ]Forfeiture Hearing                   [ ]Remand Hearing
[ ]Change of Plea Hearing    [ ]Franks Hearing                       [ ]Revocation of Probation - Final Hearing
[ ]Competency Hearing        [ ]James Hearing                        [ ]Revocation of Supervised Release-Final Hearing
[ ]Curcio Hearing            [ ]Jury Selection                       [ ]Rule 44© Hearing
[ ]Daubert Hearing           [ ]Jury Trial                           [ ]Scheduling Conference
[ ]Detention Hearing         [ ]Jury Trial-Death Penalty Phase       [ ] Sentencing
[ ]Detention Hearing Material Witness [ ]Jury Trial-Sentence Enhancement Phase [ ]Show Cause Hearing
[ ]Discovery Hearing         [ ]Markman Hearing                      [x] Status Conference
[ ]Dispositional Hearing (Juvenile) [ ]Material Witness Hearing      [ ]Suppression Hearing
[ ]Docket Call               [ ]Motion Hearing                       [ ]Telephone Conference
[ ]Evidentiary Hearing       [ ]Motion Hearing-Material Witness      [ ]Voir Dire
[ ]Extradition Hearing       [ ]Motions No longer Referred
[ ]Fatico Hearing            [ ]Motions Referred Upon Consent to Magistrate Judge Disposition
[ ]Forfeiture Hearing        [ ]Nebbia Hearing                       [ ]Other (please specify)
[ ]Detention Hearing         [ ]Omnibus Hearing
[ ]Hearing Out-Of-Jury Presence [ ]Plea Agreement Hearing

Select the action.
[ ]Began  [ ]Held  [ ]Continued  [ ]Completed  [ ]Scheduled for

Date: _____  Time _____  FOR _____
Type of Hearing

SHOULD THIS CALENDAR BE SEALED          [ ] YES          [ ] NO

UTILITIES

[ ]–Util-Add Terminate Attorneys            [ ]–Util-Document Unsealed          [ ]–Util-Set/Reset Deadlines/Hearings
[ ]–Util-Bond-Set/Reset                     [ ]–Util-Exparte Matter             [ ]–Util-Set/Reset Hearings
[ ]–Util-Case Sealed                        [ ]–Util-Indictment Unsealed        [ ]–Util-Set/Reset Motion & R&R Deadlines/Headlines
[ ]–Util-Case Unsealed                      [ ]–Util-Information Unsealed       [ ]–Util-Terminate Motions
[ ]–Util-Counts To Be Tried Separately      [ ]–Util-Interpreter Appointed      [ ]–Util-Terminate Partiest
[ ]–Util-Defendant Severed From Co-Defendants  [ ]–Util-Plea Entered
[ ]–Util-Document Sealed                    [ ]–Util-Set/Reset Deadlines

Period of Excludable Delay/ Speedy Trial Start: 1/22/13
Period of Excludable Delay/ Speedy Trial Stop: 4/5/13

CODE TYPE: Please Circle

| | | | |
|---|---|---|---|
| XA- Competency/Capacity Exam | XC- Trial on Other Charges | XD- Interlocutory Appeal | XE- Pretrial Motions |
| XF- Transfer Proceedings | XG- Motion under Advisement | XH- Miscellaneous Proceedings | XI- Prosecution deferred |
| XJ- Transportation from Other District | XK- Proposed Plea Agreement | XM- Unavailable Witness/Defendant | XN- Incompetency |
| XP- Superseding Indictment/charges | XR- Awaiting Trial of Co-Defendant | XT- Interest of Justice | ~~XU-Withdrawal of Guilty Plea~~ |
| XW- Grand Jury Indictment Tim extension | | | |

DOCKET CLERK SHALL ENTER UTILITY EVENT *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

Do these minutes contain ruling(s) on motion(s)? ❏ YES    ❏ NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

_____

_____

TYPES OF DECISIONS

[ ]Adopting Report & Recommendation as to          [ ]Granting                              [ ]Taking Under Advisement
[ ]Adopting in Part on Report & Recommendation as to  [ ]Granting In Part and Denying In Part  [ ]Temporarily Denying
[ ]Deferring Ruling on                              [ ]Rescinding                            [ ]Temporarily Granting
[ ]Denying                                          [ ]Settling                              [ ]Temporarily Granting In Part and Denying In Part
[ ]Dismissing                                       [ ]Striking                              [ ]Terminating
[ ]Entered                                          [ ]Submitted                             [ ]Vacating
[ ]Finding as Moot                                  [ ]Sustaining                            [ ]Withdrawing

Next conference set 4/5/13 at 11:00AM. Time is excluded to complete discovery and background checks. Case is designated as complex