SA/SDD/RMT
F.#2012R01574

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

ALI YASIN AHMED,
    also known as "Ismail,"
MADHI HASHI,
    also known as "Talha," and
MOHAMED YUSUF,
    also known as "Abu Zaid,"
    "Hudeyfa" and
    "Mohammed Abdulkadir,"

              Defendants.

- - - - - - - - - - - - - - - - - - -X

APPLICATION & ORDER

12 CR 661 (SLT)

        Upon the consent of counsel for the defendants, and as set forth in the government's oral application earlier today in open court, the government hereby moves the Court to modify the stipulation and order pertaining to unclassified discovery materials (the "Unclassified Protective Order"), which was signed by the parties on November 26, 2012, such that the government, in its sole discretion, may identify certain discovery materials for disclosure to the defendants that will not be subject to the Unclassified Protective Order.  Such materials will be designated by the government with a stamp, mark or other writing clearly indicating to the defendants that the materials provided are not subject to the Unclassified Protective Order.  Any other unclassified materials disclosed to the defendants and not so

designated will be subject to the Unclassified Protective Order in this case and shall be treated as set forth therein.

Dated:   Brooklyn, New York
         April 5, 2013

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York

                              By:   _____/s/_____
                                    Shreve Ariail
                                    Seth D. DuCharme
                                    Richard M. Tucker
                                    Assistant U.S. Attorneys

SO ORDERED.

   /s/(SLT)
_____
SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

2