NOT SUBJECT TO PROTECTIVE ORDER



**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

SA/SDD/RMT
F.#2012R01574

*271 Cadman Plaza East
Brooklyn, New York  11201*

May 8, 2013

**Via ECF and Hand**

Susan G. Kellman, Esq.
25 Eighth Avenue
Brooklyn, NY 11217
 *for Ali Yasin Ahmed*

Harry C. Batchelder, Jr., Esq.
40 Wall Street, 28th Floor
New York, NY 10005
 *for Madhi Hashi*

Ephraim Savitt, Esq.
260 Madison Avenue
22nd Floor
New York, NY 10016
 *for Mohamed Yusuf*

> Re:  United States v. Ahmed et al.
>      Criminal Docket No. 12-661 (S-1)(SLT)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter supplemental discovery ("Rule 16 Materials") in the above-referenced matter. This disclosure supplements the government's prior disclosures of November 26, 2012, January 21, 2012, two disclosures dated April 5, 2013 and one dated May 1, 2013.  Please also consider this letter to be the government's request for reciprocal discovery.

The government hereby provides additional Rule 16 Materials to the defendants that are not subject to the protective order in this case.  The relevant documents attached hereto are dated 5/8/2013, marked NOT SUBJECT TO PROTECTIVE

ORDER, and are provided subject to the Court's modification of the unclassified protective order entered in this case.

Enclosed please find draft summary reports and translations of various audio interceptions of Ali Yassin Ahmed, Bille Ilyas Mohamed and Mohammed Yusuf, bates-numbered 1 through 58. These reports and translations cover certain lawfully obtained interceptions from 2008, while Ahmed and Yusuf remained in Sweden, and from 2010 after Ahmed and Yusuf had traveled to Somalia to join and fight with al-Shabaab. Additional draft summary reports, translations and audio interceptions related to the defendants are forthcoming and will be provided to you by the government as they become available.

If you have any questions or further requests, please don't hesitate to contact us.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                        By:        /s/_____
                                Shreve Ariail
                                Seth D. DuCharme
                                Richard M. Tucker
                                Assistant U.S. Attorneys
                                (718) 254-6616/6201/6204

Enclosures

cc: Clerk of Court (SLT) (w/o enclosures)