SDD
F.#2012R01574

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ MAY 24 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

ALI YASIN AHMED,
    also known as "Ismail,"
MADHI HASHI,
    also known as "Talha," and
MOHAMED YUSUF,
    also known as "Abu Zaid,"
    "Hudeyfa" and
    "Mohammed Abdulkadir,"

          Defendants.

- - - - - - - - - - - - - - - - - -X

UNSEALING ORDER

12 CR 661 (S1)(SLT)

Eastern District of New York

      Upon the oral application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Seth D. DuCharme, for an order unsealing the Stipulation and Order pertaining to unclassified discovery in the above-captioned case ("the Protective Order").

      WHEREAS, on November 26, 2012, the parties executed the Protective Order, which was filed under seal in the above-captioned case for the reasons set forth in the government's initial sealing application;

      WHEREAS, on December 21, 2012, the indictment and superseding indictment in the above-captioned case were unsealed;

      WHEREAS, there is no longer cause to maintain the Protective Order under seal;

      WHEREFORE, it is hereby **ordered** that the Protective

Order in case number 12 CR 661 (S1) (SLT) be unsealed.

Dated:     Brooklyn, New York
           April 4, 2013

                              /s/(MDG)

                         _____
                         HONORABLE MARILYN D. GO
                         UNITED STATES MAGISTRATE JUDGE
                         EASTERN DISTRICT OF NEW YORK