LAW OFFICES
# Mark S. DeMarco
2027 WILLIAMSBRIDGE ROAD
SECOND FLOOR
BRONX, NEW YORK 10461
MSDLAW@AOL.COM

TELEPHONE
(718) 239-7070

FACSIMILE
(718) 239-2141

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 21 2015 ★
BROOKLYN OFFICE

August 20, 2015

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**BY ELECTRONIC MAIL &
FACSIMILE (718) 613-2316**


APPLICATION GRANTED
s/John Gleeson
JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Madhi Hashi*
      12 Cr. 661 (JG)

Your Honor:

Mr. Hashi is scheduled for sentencing on September 25, 2015. Since Mr. Hashi's Presentence Investigation Report ("PSR") has yet to be disclosed and since I am having difficulty obtaining materials that are relevant to his sentencing from the United Kingdom, I write this letter, with the consent of Assistant United States Attorney Shreve Ariail, to respectfully request an adjournment of Mr. Hashi's sentencing to November 4, 2015.

Thank you for your attention to this matter.

Very truly yours,

Mark S. DeMarco

MSD:mb

cc:   Shreve Ariail, Esq.
      By Email

Adj. to November 4, 2015 at 2:30 PM.