# 2008 Intercepts – Reports and Transcripts

SÖ 2009:2

Formulär B

## INTYG GÄLLANDE ALLMÄNNA HANDLINGAR

Jag ___Kenneth Karlsson___ intygar under laga ansvar för osann
                    (namn)

utsaga eller osant intygande att:

1.    ___Säkerhetspolisen___
       (namnet på den offentliga myndigheten)

      Är en offentlig myndighet i Sverige enligt svensk lag bemyndigad att förvara
      allmänna handlingar, som skildrar förhållanden som enligt lag skall
      upptecknas och dokumenteras eller tas om hand för förvaring.

2.    Min ställning i ovan nämnda offentliga myndighet är

      ___Kriminalinspektör___
       (officiell titel)

3.    Jag i min officiella egenskap har låtit framställa sanna och riktiga kopior av
      handlingar som förvaras hos denna offentliga myndighet, samt

4.    dessa kopior beskrivs nedan och bifogas.

Beskrivning av handlingar:

___PM samtal med Mohamed Yusuf___

_____
(underskrift)

___2013-04-03___
(datum för underskrift)

_____
(plats för underskrift)

## Summary of information on Mahamed YUSUF, based on telephone interception of Ali YASIN AHMED

### Background

Operation Charter involved a criminal investigation against Ali YASIN AHMED, suspected of preparation to commit a terrorist offence. Ali was suspected of having arranged and taken part in travels to Somalia to attend a training camp which prepares participants to engage in the activities of the terrorist organisation al-Shabaab.

Telephone interception records have revealed contacts between Ali and Mohamed YUSUF, who would be travelling to Somalia with him.

### Contacts between Ali and Mohamed

During the period in question, from 2 October to 2 December 2008, Ali had far more telephone contacts with Mohamed than he had with anyone else. There are more than 700 registered contacts between Ali's telephone, +46737423308, and Mohamed's telephone, +46762181195. This amounts to, on average, more than ten phone calls, text messages or attempted calls per day.

An analysis of the contents of the phone calls indicates that Mohamed and Ali met very often, sometimes on a daily basis, during this period.

### Mohamed and Ali's relationship

The phone calls indicate that Mohamed and Ali are very close friends. They talk about both private matters and about politics, sometimes for several hours per day. They also remind each other of prayer times and religious duties.

It is obvious that they both have extreme Islamist ideas and support al-Shabaab in Somalia. They follow the situation in Somalia closely and applaud al-Shabaab achievements.

A couple of times however, Mohamed expresses uncertainty about the methods used by al-Shabaab, especially its suicide bombing attacks against civilian targets. On these occasions, Ali rebukes and corrects him and explains why it is important to continue supporting al-Shabaab.

It also emerges that they are planning a trip to Somalia. Ali has most of the connections needed to make such a trip and Mohamed takes advantage of this.

### Important information from the calls

4 October 2008: Mohamed and Ali are talking about finding a job. This "job search" is directly related to the situation in Somalia, and it is important that the right side wins. Ali says that it will not be a problem because they now have the "telephone number of the top bosses".

7 October 2008: Ali and Mohamed discuss what occupations are allowed and forbidden according to Islam. They consider driving a taxi to be forbidden as they could end up having to drive homosexuals. Care of the elderly is also considered "haram".

13 October 2008: Mohamed and Ali express their support of throwing stones at buses in Rinkeby, Stockholm.

30 October 2008: Mohamed tells Ali that he has made his decision and that he has become surer and surer of it the more he prays. When Ali asks what this decision is, Mohamed says that "life on earth is short but life in paradise is eternal" and that is the reason for his decision. Ali says that he guarantees that Mohamed will not regret his decision as long as he does everything according to Islam. Mohamed wants to visit Mecca before November and indicates that it will otherwise be too late.

2 November 2008: Mohamed wants Ali to talk to his brother. It is important to get hold of him.

4 November 2008: Mohamed wants Ali to call Ilyas (Bille Ilias MOHAMED) to ask if Ilyas has heard anything. Ali has already contacted Ilyas and says that Ilyas has not heard anything. On the same day, they both talk about internet photos of "the brothers", pictures they are excited about.

5 November 2008: Mohamed and Ali discuss how inspired and excited they get from pictures on the internet in which al-Shabaab is dealing out whipping punishments of people in Mogadishu. Mohamed once again asks Ali to contact his brother Osman.

6 November 2008: Mohamed tells Ali that he has heard a speech given by an al-Shabaab leader. Mohamed thought it was a fantastic speech and he got very excited about it. The al-Shabaab leader had said that all Muslims have a duty to join the struggle in Somalia. Mohamed became so moved about this that he started crying.

8 November 2008: Mohamed and Ali express great disappointment in Muslims who do not support stoning of unfaithful women.

10 November 2008: Mohamed says that he has heard how big his pregnant wife's stomach has become. This has caused him to waver a bit, he says.

12 November 2008: Mohamed and Ali mention that there is no news. Ali's brother is going to call someone to check. The brothers (al-Shabaab) want to have news about the trip, otherwise there will be problems. Ali is going to ring that night. On that same day in another call, Mahamed and Ali applaud the fact that al-Shabaab has taken control over another town.

13 November 2008: Mohamed tells Ali that he is starting to have his doubts about al-Shabaab and that he wants to talk to a sheik about this. The reason for his doubts is the al-Shabaab suicide attack in Hargeisa, in which many civilians died. Mohamed is unsure whether he approves of this. Ali convinces him that it must have been a mistake, just as Mohamed sometimes makes mistakes and sins. Everyone makes mistakes, says Ali, even "our leaders" (al-Shabaab leaders).

That same day, Mohamed tells Ali that he met a Somali named Jama (unidentified) in Rinkeby and that Jama denounced al-Shabaab. This Jama said that al-Shabaab were small children who did not understand anything about Islam. According to Mohamed, Jama is religious and a sheikh. Jama clearly made an impact on Mohamed. Mohamed has started to have his doubts about al-Shabaab. Ali debates this and tries to convince Mohamed by citing the Koran.

21-24 November 2008: Mohamed and Ali discuss their travel arrangements. Mohamed has to get a passport, etc. Some days, Mohamed is nervous and has doubts about taking the trip. Ali tries to encourage him. Some days, Mohamed is sure of the trip and excited. They discuss taking a loan for the trip.

27 November 2008: Mohamed and Ali discuss quite substantial sums of money, probably to take with them on the trip. They talk about going to Gothenburg.

2 December 2008 (the day Mohamed and Ali travel): Ali says that he is going to a bank in town, likely to get some money. They talk about what they are going to take on the trip. Mohamed wants to take his ID card but Ali wonders why and jokes that they can later use the ID card as a target for shooting practice.

**Mohamed and Ali's trip**

On 2 December, Mohamed and Ali both went to Arlanda Airport and took a flight to Kenya. Their families did not know about this trip, with the possible exception of Ali's brother Osman.

SÖ 2009:2

Formulär B

## INTYG GÄLLANDE ALLMÄNNA HANDLINGAR

Jag _Kenneth_ (namn) _Karlsson_ intygar under laga ansvar för osann

utsaga eller osant intygande att:

1.  ...... _Säkerhets Polisen_ ....................
    (namnet på den offentliga myndigheten)

    Är en offentlig myndighet i Sverige enligt svensk lag bemyndigad att förvara
    allmänna handlingar, som skildrar förhållanden som enligt lag skall
    upptecknas och dokumenteras eller tas om hand för förvaring.

2.  Min ställning i ovan nämnda offentliga myndighet är

    ...... _Kriminalinspektor_ ..............
    (officiell titel)

3.  Jag i min officiella egenskap har låtit framställa sanna och riktiga kopior av
    handlingar som förvaras hos denna offentliga myndighet, samt

4.  dessa kopior beskrivs nedan och bifogas.

Beskrivning av handlingar:

...................... (underskrift) ..............................

_2013-04-03_
...................... (datum för underskrift) ..............................

...................... (plats för underskrift) ..............................

## Witness statement

### Interviewee

Last name, first name:        ███████████
Date of birth:
Role:                         Witness

### Witness statement data

Date of interview:            28/02/2013
Duration of interview:        13:00 –
Location:                     ██████████████████ Stockholm
Interpreter (language):       ██████████████████████
Interviewers:                 AUSA Shreve Ariail
                              AUSA Seth DuCharme
                              SA Stefanie Roddy

Others present:

### Reason for interview

Witness interview requested by US authorities, in fulfilment of the MLAT, in the matter of the United States v. Ali Yasin Ahmed and Mohamed Yusuf, suspected of involvement in terrorist activity.

This witness interview concerns a report written by ████████ detailing information on Mohamed Yusuf, obtained through covert telephone intercept of Ali Yasin Ahmed.

### Statement

In 2008, the Swedish Security Service launched an investigation against Ali Yasin Ahmed on suspicion of preparation to commit a terrorist offence. ██████ was involved in this investigation from 2008 until it was closed in 2011. In his capacity as ██████████ he was responsible for taking the investigation forward.

Suspicions against Ali Yasin Ahmed were roused in connection with another investigation against Yassin Ismail Ahmed, a.k.a. Yassin Yare. This resulted in a new investigation being launched against Ali Yasin Ahmed on suspicion of preparation to commit a terrorist offence.

The basic data used to in the report mainly originates from telephone intercept (audio recordings and text messages).

During the investigation, the intercepted data was assessed and analysed by a number of people. Some audio recordings were transcribed in verbatim while others were summary transcripts. Conversations considered to be particularly important were read and listened to by several staff members with good knowledge about the matter, before a joint analysis of their significance and possible implications was made.

There were also numerous telephone conversations that contained nothing suspicious or unusual at all. ████ remembers the details of many conversations and could testify about them.

How could ████ know that the person talking on the phone was in fact Ali Yasin Ahmed? There were several details proving Ali Yasin Ahmed's identity, not least when he was talking to his sisters and brothers, his mother, banks and so on. Also, listening to the conversations, it soon becomes easy to identify Ali Yasin Ahmed's voice.

Mohamed Yusuf had not initially come to the attention of the Swedish Security Service until Ali Yasin Ahmed was intercepted. Mohamed Yusuf and Ali Yasin Ahmed were in frequent telephone contact with each other. Some of what Mohamed Yusuf said made us suspicious, such as when he stated that he had decided to choose paradise over an earthly life. ████ and others working with the investigation saw this as an indication that Mohamed Yusuf was also considering joining al-Shabaab.

Mohamed Yusuf and Ali Yasin Ahmed were both under physical surveillance, although ████ personally did not take part in this work. Instead, ████ role was to assist the surveillance team by feeding them information obtained from the telephone intercept. E.g. if the two of them decided, on the phone, to meet somewhere ████ could then direct the surveillance team to their meeting place. This procedure also made it possible to identify Mohamed Yusuf. In connection with an observed meeting between Ali Yasin Ahmed and Mohamed Yusuf, the surveillance team followed Mohamed Yusuf to find out where he lived. Once his home address was known, we could also establish his identity.

Questions asked about specific parts of the report:

*4/10/2008 and 7/10/2008*
Ali Yasin Ahmed and Mohamed Yusuf used coded language in their conversations. It became evident that the word "job" was closely connected to Somalia. It was likely that "job" referred to membership in al-Shabaab, or something similar. It was also interesting to note that they talked about having phone numbers to several "high bosses" in al-Shabaab. This was understood as them having the possibility to contact leaders within al-Shabaab. In effect, they were not just daydreaming but had the contacts needed to put their plans into action.

They often talked about what should be considered *haram*, and what was not *haram*. One of the things they discussed concerned driving a taxi, and how this could not be done because a gay person might come into the taxi and they would then have to drive this person. They concluded that it would be haram to drive a taxi. Working in an old people's home would also be haram.

████ added that he remembers this conversations regarding religious propriety were rather theoretical in character and included their discussion of opinion held by various Muslim authorities. During these conversations, Yusuf and Ahmed discussed which of the opinions they agreed with.

*13/10/2008*
They talked about people throwing stones at local buses in Rinkeby, a Stockholm suburb. Ahmed and Yusuf spoke positively about people throwing stones, thinking it was a bit of fun.

████ added that there was a fair amount of stone throwing going on in Rinkeby at this time, targeting buses, ambulances, police vehicles and fire fighters. Endorsing this type of behaviour could be seen as an indication of a certain attitude towards society.

*13/10/2008*
This information emanates from a string of text messages.
Mohamed Yusuf mentioned that he wanted to perform *umrah* before it is too late for him to do so. The entire string of text messages was understood as a strong indication that Mohamed Yusuf was ready to take part in the journey to Somalia. It was also in the context of this string of text messages that our efforts to identify Mohamed Yusuf were intensified.

*02/11/2008*
Ali Yasin Ahmed never mentioned the name Osman in this conversation. However, we assumed that he was referring to Osman, when he mentioning that he needed to get in touch with his brother. Ahmed and Yusuf had previously discussed Osman on other telephone intercepts. Osman Yasin Ahmed had previously come the attention of the Swedish Security Service and is believed to have useful contacts in Somalia. Osman Yasin Ahmed was arrested by Ethiopian troops in 2006, accused of possible links to al-Shabaab. This incident was reported in media. Based on this conversation and other information we assumed that Osman had contacts within al-Shabaab that could assist with their journey to Somalia.

*04/11/2008*
The images were published round about this time. Having seen numerous images published in different media, ███████ cannot say for sure whether he remembers these particular images. Bille Ilias Mohamed is referred to as Ilyas.

*05/11/2008*
███████ cannot remember whether they specifically mentioned Osman, or if this was an assumption made at the time based on prior conversations and context.

*06/11/2008*
This conversation concerned a lecture given by Mukhtar Robow, which created quite an interest among radical, Somali youths to travel to Somalia to commit jihad. Mohamed Yusuf was very excited by this lecture. In his own words, "it made my blood boil" and he also claimed to have cried while watching it.

*08/11/2008*
This conversation referred to a Swedish television series called Halal-tv about some young Muslim girls living in Sweden. At the time, there were reports in media about one of the girls in the programme having talked in positive terms about Sharia laws. However, when confronted by several reporters, she claimed to be against Sharia punishments such as stoning. Ali Yasin Ahmed and Mohamed Yusuf were disappointed to hear this.

*10/11/2008*
Mohamed Yusuf had met his wife in Somalia. She was living in Somalia and he had heard that she was pregnant. This conversation was understood in terms of Mohamed Yusuf having doubts about his trip to Somalia.

*12/11/2008*
The name of the village is Marka.

*13/11/2008*

This conversation is *not* referring to Mohammud Jama. The person referred to as Jama has not been identified. This conversation was also understood in terms of Mohamed Yusuf having doubts about his upcoming trip to Somalia.

*21-24/11/2008*

They talked about a so-called text loan. Mohamed was upset about the bombings in Hargeisa and sometimes hesitant about the journey. █████ indicated that he recalled additional details related to this call, including a discussion between Yusuf and Ahmed in which he suggested that al-Shabaab's suicide bombing of innocent was forgiveable, just as another 'sin' committed by Yusuf was forgiveable.

*02/12/2008*

█████ cannot remember if they withdrew any money. They talked about what they would use it for. They also indicated that they would no longer need any Swedish ID-documents.

It is possible that they occasionally went to a gym to get fit for the journey.

█████ explained that as long as there is an ongoing investigation the audio files can be kept. However, once the investigation is closed, Swedish legislation demands that this type of material is destroyed. █████ explained that he was on leave when the decision to close the case was made.

█████ has read and approved this witness statement.

█████

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



7915 Microsoft Way
Charlotte, NC 28273

File Number: ███████████

Requesting Official(s) and Office (s): ███████████

Task Number(s) and Date Completed: ███████████

Name and Office of Linguist(s): ███████████

Name and Office of Reviewer(s): ███████████

Source Language(s):           Swedish/Somali/Arabic

Target Language(s):           English

Name of Source File (Document):

Name of Source File or CD (Audio):     20101102063427 (1001933364)
*If Applicable:* —Call Number:        _____
               —Date, Time, Duration:  _____
               —Line, Target Numbers:  _____
               —Direction:             _____


VERBATIM TRANSLATION


<u>Participants</u>:

Mohamed Yusuf                     Yusuf
Ali Yassin Ahmed                  Ahmed


UNCLASSIFIED

**UNCLASSIFIED**

Abbreviations:

| | |
|---|---|
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [OV] | Overlapping Voices |
| [SC] | Simultaneous Conversation |


Languages:

| | |
|---|---|
| Swedish | Normal Font |
| Somali | *Italics* |
| English | Underlined |
| Arabic | **Bold** |


Zinkensdamm is an area located in Stockholm, Sweden.

Rinkan may refer to Rinkeby, which is a district in Rinkeby-Kista borough in Stockholm, Sweden.

**UNCLASSIFIED**

**UNCLASSIFIED**

████████████

20101102063427 (1001933364)

[Phone ringing]

Yusuf:        Yes, may peace be upon you, **brother**.

Ahmed:        **Buddy,** may peace be upon you too.

Yusuf:        Yes.

Ahmed:        How are you doing, **Buddy**?

Yusuf:        **Buddy**, doing just fine, indeed.

Ahmed:        Yes, but what is going on with you, **Buddy**?

Yusuf:        [OV] **Buddy**, there are some major things going on, brother! [Laughing].

Ahmed:        [UI] [OV]

Yusuf:        Yes, brother [OV]

Ahmed:        [OV] [UI] cannot make it. [UI] going to go as well [UI].

Yusuf:        What?

Ahmed:        Cannot make it. I am going to go down there as well.

Yusuf:        [UI] Brothers… *same place*, *in my house*.

Ahmed:        Uh…did you get off early today?

Yusuf:        What did you say, brother?

Ahmed:        Did you get off early today, *I said*?

Yusuf:        *Brother,* I didn't have work today.

Ahmed:        You did not have work today?

Yusuf:        No-no-no, are you stupid [OV]

Ahmed:        Aha…that is why…you have been loafing about the house all day, eh? [UI] [OV].

Yusuf:        No, I woke up, thank you, **thanks to God**, I clean a little, *I clean the house, that all*, brother. Loafing around…that is something else, **God willing**, brother!

**1**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Ahmed: | What did you say? |
| Yusuf: | **God willing**, I have some news for you, **by the will of God.** |
| Ahmed: | *What did you say?* |
| Yusuf: | No, **by the will of God**, I said that I have some news for you. |
| Ahmed: | Are you at home, what did you say? |
| Yusuf: | Brother, I have some news for you...news [OV]. |
| Ahmed: | [OV] *No, 'I am in the house; is that what you said to me?* |
| Yusuf: | *I am just staying in the house and cleaning the house little bit.* I just clean it, nothing else, brother. |
| Ahmed: | Yes, *did you receive something*? |
| Yusuf: | *What should I be receiving, you know, brother?* It is the same shit; no...just...he is, *I mean about* <u>six hundred</u>, learned, and things like that, you know. |
| Ahmed: | *What did you say*? |
| Yusuf: | I will do a book review, **God willing**. |
| Ahmed: | *Yes,* okay. |
| Yusuf: | [Laughing] [OV]. |
| Ahmed: | [OV] uh...yes? [OV]. |
| Yusuf: | [OV] it is you who has-it is you who has the heavy posts, brother [laughing] |
| Ahmed: | *What did you say?* |
| Yusuf: | It is you who has the hea-heavy posts. |
| Ahmed: | *Okay.* |
| Yusuf: | *First of all*, I do not have the heavy posts, brother. *But, the* thing is, I have a book review; a book that I have read; *how can I pass it to you*? |
| Ahmed: | <u>Hello</u>, *what did you say?* [OV]. |

**2**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Yusuf: | A book review, *I said.* |
| Ahmed: | *Okay.* |
| Yusuf: | [UI] like a book review |
| | [Music playing in the background] |
| Ahmed: | [UI]… you know. |
| Yusuf: | What is this, brother? Are you on the train, or what? |
| Ahmed: | No, not quite. I am on the way to the train; at the escalator [UI]. |
| Yusuf: | *Where* are you on the way home, or what? |
| Ahmed: | Uh…I will be going home, **God willing**. I have to go by…damn…I have to also go by Zinkensdamm. |
| Yusuf: | Why? |
| Ahmed: | No… |
| Yusuf: | Why? |
| Ahmed: | [OV] **By the will of God**, I am going to Zinkensdamm in order to buy something at a place over there… |
| Yusuf: | *Okay.* |
| Ahmed: | And…she fixes cell-phones and things like that. |
| Yusuf: | Aha *right, right, right* but, are you, like, going to go to Rinkan [PH] afterwards? |
| Ahmed: | No-no [OV]…why? Are you coming down there, or what? |
| Yusuf: | I am thinking about doing that, brother. To talk a little, **by the will of God**. |
| Ahmed: | What? [OV]. |
| Yusuf: | No…I thought that we could talk a little, and such. |
| Ahmed: | Come over now. Come on over here, **by the will of God**. |
| Yusuf: | *And it is possible that you…* |

**3**
**UNCLASSIFIED**

**UNCLASSIFIED**

████████████

20101102063427 (1001933364)

Ahmed:      Come down between *Maghreb and Isha prayers*, **by the will of God**.

Yusuf:      Yes…I was also thinking *Maghreb and Isha prayers*, brother [laughing].

Ahmed:      Okay.

Yusuf:      [Laughing] Ali, you are funny, brother.

Ahmed:      *What?*

Yusuf:      *Yes,* you know*?* I am praying *Maghreb and Isha prayers*, and then I will get out of there right away.

Ahmed:      *Is that what you mean?*

Yusuf:      *What do you mean,* between *Maghreb and Isha prayers*, brother? It is *past*, brother [laughing].

Ahmed:      Uh…what!?

Yusuf:      Come down between *Maghreb and Isha prayers*.

Ahmed:      *Go on.*

Yusuf:      [UI] it can mean any time, brother.

Ahmed:      Uh…I do not understand, brother. *What I said was--*

Yusuf:      Go on.

Ahmed:      Come down between *Maghreb and Isha prayers* like, that timeframe *I mean* [UI] *do you understand*?

Yusuf:      Yes, during that timeframe. *I know that*, it is [UI] it is, like, three or four hours between them, right? Four or five hours.

Ahmed:      Uh…almost. Uh…like, if one prays at 4:00; really like 6:00 or 7:00 till  it comes; *it is scheduled for 6:00, but-I mean*… [OV]

Yusuf:      [OV] **Oh, may God forgive me, may God forgive me**

Ahmed:      [OV] if you have it-[OV] if you have it around 5:00, *you know*?

Yusuf:      Yes, then it is, like, two more hours [laughing].

**4**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Ahmed: | [OV] then it can be, *at Isha* . |
| Yusuf: | [UI]…no [OV]. |
| Ahmed: | [OV] that is how I meant it [OV]. |
| Yusuf: | That is how, **God willing**, at five **God wiling** … I will come [OV]. |
| Ahmed: | Yes… |
| Yusuf: | I will be there at five, **God willing**. |
| Ahmed: | [UI] my-my stomach is rumbling [OV]. |
| Yusuf: | [OV] brother. |
| Ahmed: | [OV] <u>all I can do</u> [OV]. |
| Yusuf: | [OV] [UI] brother, you seem to be on the ball today. |
| Ahmed: | What? |
| Yusuf: | You seem to be on the ball today, brother! |
| Ahmed: | Who? Me? |
| Yusuf: | Yes, brother. |
| Ahmed: | Hold on, ok. |
| | [Background noise] |
| | [Pause] |
| Yusuf: | Brother, what are you talking? I am sitting here and daydreaming, brother. |
| Ahmed: | *You will be kicked out* [OV]. |
| Yusuf: | [UI]. |
| Ahmed: | No-no-no, brother. We are going to take it [UI] quickly…believe me, brother. |
| Yusuf: | [Laughing]. |

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Ahmed: | [UI] I am kidding, brother. I am sitting here and counting my money, brother…for the future. |
| Yusuf: | [Laughing]. |
| Ahmed: | Will I go there, brother. Will I go to [UI], brother… Saudi Arabia, brother. |
| Yusuf: | Aha-aha… |
| Ahmed: | [OV] *you know*, buy an awesome GM, what you call, a car, *you know*, a GM Jeep, *you know*. |
| Yusuf: | Yes… |
| Ahmed: | [UI], *you know*. |
| Yusuf: | [Laughing]. |
| Ahmed: | --the family and…you know. |
| Yusuf: | Yes…[laughing]…brother… |
| Ahmed: | [OV] Stop loafing around, you know. After *Maghreb* I go, perhaps, now and then [OV]…use a water pipe now and then, perhaps [laughing]. |
| Yusuf: | [SC] [IA] [SC]. Hold on, brother. [SC] [UI] [SC] Okay, brother. What did you say? |
| Ahmed: | Uh…brother, I was calculating my future [OV]. |
| Yusuf: | [OV] brother…[OV] [UI]. |
| Ahmed: | [OV] [Laughing]. |
| Yusuf: | [OV] [UI] money [UI]. I was talking to my…my girlfriend. |
| Ahmed: | [UI] [OV]. |
| Yusuf: | [OV] and she was like…"the stomach is starting to stick out now; one can see it." |
| Ahmed: | [Laughing]. |
| Yusuf: | I was like, [UI] [Laughing]. |
| Ahmed: | [Laughing]. |

**6**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Yusuf: | I get [UI] brother, to be honest with you. |
| Ahmed: | I know-I know. |
| Yusuf: | If I get [UI] for things like that. I get [UI] and I just thought…come on now, brother [laughing]…yes… |
| Ahmed: | I know-I know-I know, brother. |
| Yusuf: | No-no, brother…*but, as far as I am concerned*, every time I think like that, you know. There is one *verse* …for me [UI] that takes away everything, everything like that, you know. |
| Ahmed: | [Background noise] [IA]. |
| Yusuf: | *Yes* |
| Ahmed: | '**Say***:* **if it be that your fathers, your sons**-- |
| Yusuf: | Yes. |
| Ahmed: | -- [UI] I understand*;* **the wealth that you have gained**-- |
| Yusuf: | Yes, right? |
| Ahmed: | -- **are dearer to you than Allah, or his messenger** – |
| MA: | --**or striving in his case; then wait until Allah brings about his decision** |
| Ahmed: | **and God doesn't guide those people who do mischievous** right? |
| MA: | Yes. |
| Yusuf: | Brother, it breaks everything! |
| Ahmed: | *What?* |
| Yusuf: | Yes, brother. [UI] I thought…do I love my [OV] [IA]. |
| Ahmed: | [OV] [IA] [people talking in the background]. |
| Yusuf: | [OV] do you understand? |
| Ahmed: | *It is okay, it is okay, no problem- it will be fine. This is Ali, brother,* **God willing***. I understand-I understand this*. |

**7**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Yusuf: | [Laughing]. |
| Ahmed: | [Laughing]. |
| Yusuf: | Yes  [OV] UI]. |
| Ahmed: | Mohamed, brother…those who get a taste of money… |
| Yusuf: | Go on. |
| Ahmed: | They-they taste pussy, brother. |
| Yusuf: | [Laughing]. |
| Ahmed: | *You know,* when I taste something…I-I sit and invest in my studies, *you know*, for something in the future… |
| Yusuf: | [Laughing]. |
| Ahmed: | And then, *you know*, I keep talking to my wife, in whom I have invested in for the future [laughing]. |
| Yusuf: | [Laughing]. |
| Ahmed: | *So Mohamed,* it is…it is [UI]. |
| Yusuf: | [Laughing]. |
| Ahmed: | I think that you understand what I mean. |
| Yusuf: | I understand, brother. I understand. That is the thing. I do understand what you mean, I mean… |
| Ahmed: | [OV] [UI]. |
| Yusuf: | Especially the thing about…like the thing regarding [UI] brother. |
| Ahmed: | Yes, yes, I understand [OV]. |
| Yusuf: | [OV] believe me, brother, it is wonderful, **thank to God**. Like, okay…it is easy for me to say because I have already gotten a taste of it. I have been three, **thank God**… |
| Ahmed: | Yes… |

**8**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Yusuf: | But I know that it comes a time when one gets tired of it. Then one will think about passing on it. |
| Ahmed: | Yes. |
| Yusuf: | After one week, brother, they will get tired, **I swear**. Two weeks…give yourselves two weeks… |
| Ahmed: | Yes… |
| Yusuf: | It is…you will not even look at it afterwards. Uh…come on [UI]…damn it…are we going to do it now? |
| Ahmed: | [Laughing]. |
| Yusuf: | Do you understand? [OV] *Don't tell me that story*, brother [OV]. |
| Ahmed: | [Laughing] [OV]. |
| Yusuf: | [OV] [laughing] [UI] brother, right? |
| Ahmed: | I know, brother. It is dangerous for you. Brother [OV] *if you are away from her three days*… you saw how crazy you became. |
| Yusuf: | Yes…but of course, brother. Because, I mean,  did not do it … you know, I …[UI]. |
| Ahmed: | Hmm… |
| Yusuf: | Rather, it was more like a daily routine, you know. So that day when you were not there, you know, uh…one went crazy, brother. One was like, shit…uh…nothing is happening [UI] [screams]. |
| Ahmed: | [Laughing]. |
| Yusuf: | Do you understand? *So,* **I swear**, believe me, it was not fun. Like it was…it was awful. |
| Ahmed: | Oy-oy [PH]…yes, brother. |
| Yusuf: | I mean- that is why I am telling you now, **God willing** [OV]. |
| Ahmed: | [OV] [UI] insignificant things, *yes*, it just, **God willing**,  it is just [OV]. |

**9**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001933364)

| | |
|---|---|
| Yusuf: | No-no-no, brother, *you listen to me* [OV] brother-brother [UI] that we are talking about, *I mean,* one…you know…okay… |
| Ahmed: | Yes… |
| Yusuf: | **It is sweet, I mean** [laughing]. |
| Ahmed: | Yes… |
| Yusuf: | Don't tell me that, [laughing] don't tell me that, brother [laughing]. |
| Ahmed: | [Laughing]. |
| Yusuf: | Brother…you can [OV] you [UI] [OV]. |
| Ahmed: | [OV] okay, I must confess that I… *therefore*... I… [OV]. |
| Yusuf: | Brother, *even worst,* but you do not need, like…"but, unfortunately, I am having-I am having my period today", and…"no…but, unfortunately, **I mean,** I do not have the strength today"… |
| Ahmed: | [Laughing]. |
| Yusuf: | You cannot say anything like that, brother. |
| Ahmed: | [Laughing]. |
| Yusuf: | [Laughing] brother [OV]. |
| Ahmed: | [OV] *there is always one [woman] beside you…* |
| Yusuf: | Yes, brother. Uh…plus, you also see [UI] the feeling [UI] big [UI] big [UI], brother. You request the whole [UI] regardless of whether you seen anybody [noise]…regardless of whether you see--you said one to 72, brother |
| Ahmed: | *Brother, imagine if you* [UI] *only one.* |
| Yusuf: | [UI] brother. You would have said…you would have said goodbye! [Laughing]…right away. Imagine that [OV]. |
| Ahmed: | [OV] [UI]…yes [OV]. |
| Yusuf: | [OV] *What is worst…* |
| | [End of conversation] |

**10**
**UNCLASSIFIED**

**UNCLASSIFIED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



7915 Microsoft Way
Charlotte, NC 28273

File Number:                                      ███████████

Requesting Official(s) and Office (s):            ███████████████

Task Number(s) and Date Completed:               ████████████████████████

Name and Office of Linguist(s):                  ██████████████████████████

Name and Office of Reviewer(s):                  █████████████████████████
                                                 ██████████

Source Language(s):                Swedish/Somali

Target Language(s):                English

Name of Source File (Document):

Name of Source File or CD (Audio):
20101102063427-0000000011-0000000004-1001931536

*If Applicable:* —Call Number:            _____
                —Date, Time, Duration:    _____
                —Line, Target Numbers:    _____
                —Direction:               _____

VERBATIM TRANSLATION

Participants:

Mohamed Yusuf                          Yusuf
Ali Yassin Ahmed                       Ahmed

**UNCLASSIFIED**

**UNCLASSIFIED**

Abbreviations:

[UI]                              Unintelligible
[IA]                              Inaudible
[PH]                              Phonetic


Languages:

Swedish                          Normal Font
Somali                           *Italics*
English                          <u>Underlined</u>
Arabic                           **Bold**

**UNCLASSIFIED**

UNCLASSIFIED

**20101102063427-0000000011-0000000004-1001931536**

|            | [Ringing]                                                                                                      |
|------------|----------------------------------------------------------------------------------------------------------------|
| Yusuf:     | [Singing].                                                                                                      |
| Ahmed:     | [UI]                                                                                                            |
| Yusuf:     | Brother!                                                                                                        |
| Ahmed:     | *Yes.*                                                                                                          |
| Yusuf:     | *Hey wake up man! You said, "I will perform the prayers in the mosque today, brother."*                         |
| Ahmed:     | **By the will of God.**                                                                                         |
| Yusuf:     | Then brother, wake up.                                                                                          |
| Ahmed:     | [UI]                                                                                                            |
| Yusuf:     | *I know you, brother--*                                                                                         |
| Ahmed:     | Or?                                                                                                             |
| Yusuf:     | *--you say, "Wait for me-wait for me" and you* [snoring sounds].                                                |
| Ahmed:     | Or what do you think exactly, brother?                                                                          |
| Yusuf:     | Brother, no, no, no. It cannot be [UI]. Brother…but pay attention, *you will not reach your goal while* **sleeping***, you know.* |
| Ahmed:     | [Yawning], **by the will of God.**                                                                              |
| Yusuf:     | *Be patient,* it depends, brother. *I swear, brother, keep in mind of where we going, brother.*                 |
| Ahmed:     | Um-hum.                                                                                                         |
| Yusuf:     | *This group [UI]… The other day. . . think like…you know, I read an article authored by a Sheikh. He said, "Performing the morning prayers shows how much you love* **God almighty**- |
| Ahmed:     | *You know.*                                                                                                     |
| Yusuf:     | *-the person who loves God the most is the one who performs the morning prayers-* |

1
UNCLASSIFIED

UNCLASSIFIED

████████████
**20101102063427-0000000011-0000000004-1001931536**

| | |
|---|---|
| Ahmed: | Um-hum. |
| Yusuf: | *-- because it is difficult and everyone knows that. But, for the love of God one wakes up and goes to the mosque to pray.  So the Sheik said, for God's love, eh - - I mean, it is a sign that* **God almighty** *loves that person too*, brother. |
| Ahmed: | [UI] |
| Yusuf: | *Love God and God will love you back; you love him — then perform the prayer.* |
| Ahmed: | Uh-hum. |
| Yusuf: | Yes, brother, brother… |
| Ahmed: | Uh-hum. |
| Yusuf: | I get it, brother. |
| Ahmed: | **That is great**, it is alright. |
| Yusuf: | *Hey look! About them—about the employer, I will have to speak with them soon, you know.* |
| Ahmed: | Um-hum. |
| Yusuf: | *You know*-do you understand? *I cannot tell them upfront,* I cannot come the last day, *I am not coming, you know.* |
| Ahmed: | [Smacks his lips]. |
| Yusuf: | *Eh … it is like I found a school, you know.* |
| Ahmed: | *Yes.* |
| Yusuf: | *So, it is important that you get this man's information, you know… because, they cannot give time off from work after this month*. Do you understand? So then it looks shady for me. |
| Ahmed: | Um-hum. |
| Yusuf: | *So about our brother,* **God willing**, *don't get tired of him. Keep going back to them.* |
| Ahmed: | Um-hum. |

**2**
**UNCLASSIFIED**

**UNCLASSIFIED**

**20101102063427-0000000011-0000000004-1001931536**

| | |
|---|---|
| Yusuf: | *Even tonight, later in the evening,* if you can first- *tonight, at Isha prayer, ring him once… Eh, are you going to school today?* |
| Ahmed: | No. |
| Yusuf: | Are you off? |
| Ahmed: | Yes, I am off [UI], I am going to have a few things [UI] and such. |
| Yusuf: | **God almighty, God almighty.** Yes, but, **God willing,** after the *Isha* -- |
| Ahmed: | Um-hum. |
| Yusuf: | *Call the man and don't give up on him.* Say to him, " Brother, you … something small like, eh … [Laughing]. |
| Ahmed: | [Laughing]. |
| Yusuf: | Yeah, |
| Ahmed: | Strangle you to death… |
| Yusuf: | *What did you say, brother?* |
| Ahmed: | It is time to strangle you to death. |
| Yusuf: | Ti-time to? |
| Ahmed: | Strangle you to death. |
| Yusuf: | Strip to? |
| Ahmed: | Strangle you to death. |
| Yusuf: | Strip…ouf…[laughing]. |
| Ahmed: | Strangle! |
| Yusuf: | [Laughing]. *Yes, okay*. I understand, brother. *Yes, yes*. I get it. Brother! |
| Ahmed: | Um-hum. |
| Yusuf: | *Pray ok.* |
| Ahmed: | *Okay*, **by the will of God.** |

**3**
**UNCLASSIFIED**

**UNCLASSIFIED**

**20101102063427-0000000011-0000000004-1001931536**

| | |
|---|---|
| Yusuf: | *Okay*, **may peace be upon you.** |
| Ahmed: | **May peace be upon you too.** |

[End of conversation]

**UNCLASSIFIED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



7915 Microsoft Way
Charlotte, NC 28273

File Number: ██████████████

Requesting Official(s) and Office (s): ████████████████

Task Number(s) and Date Completed: ████████ ██████

Name and Office of Linguist(s): ██████████████████████

Name and Office of Reviewer(s): ████████████████████████
████████████████████

Source Language(s): Swedish/Arabic/Somali

Target Language(s): English

Name of Source File (Document):

Name of Source File or CD (Audio): 20101102063427 (1001894057)

VERBATIM TRANSLATION

<u>Participants</u>:

Mohamed Yusuf                    Yusuf
Ali Yassin Ahmed                 Ahmed

**UNCLASSIFIED**

**UNCLASSIFIED**

Abbreviations:

| [TN] | Translator's Notes |
|------|--------------------|
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [PH] | Phonetic |
| [OV] | Overlapping Voices |

Languages:

| Swedish | Normal Font |
|---------|-------------|
| Somali | *Italics* |
| English | <u>Underlined</u> |
| Arabic | **Bold** |

[TN: At the very beginning of the audio, the first voice heard is a whisper ("what the hell"), which is likely uttered by Yusuf.]

**UNCLASSIFIED**

20101102063427 (1001894057)

[Background noise]

[Phone ringing]

Yusuf:      What the hell…**Peace be upon you**.

Ahmed:      May peace be upon you too.

Yusuf:      Oh <u>my God</u>, brother!

Ahmed:      Umm.

Yusuf:      *Now I know the story, so leave that alone*.

Ahmed:      Umm.

Yusuf:      You walk as you were biking, brother. [Laughing].

Ahmed:      [Laughing]… Almost.

Yusuf:      *Okay, how are you*?

Yusuf:      **All thanks are due to God** [IA].

Ahmed:      [IA].

Yusuf:      Are you going to pray, or are you going to school?

Ahmed:      Yes, I am going to pray first.

Yusuf:      **Praise is due to God**…the first part… they *gave me is finished now, you know* [UI].

Ahmed:      *Okay*.

Yusuf:      The other one starts at 15:25 **All thanks are due to God**, I forgot to ea…eat *at that time*. I am going to go to McDonald's and try to get some fast food instead.

Ahmed:      Now?

Yusuf:      Yes, brother. I am really hungry. [Laughing] *I even didn't have breakfast this morning*, you know.

Ahmed:      [Laughing] *Okay*.

**1**
**UNCLASSIFIED**

**UNCLASSIFIED**

███████████

20101102063427 (1001894057)

Yusuf:      **All thanks are due to God**, *indeed.* Is everything okay with you as well?

Ahmed:      Yes, it's good, it's good.

Yusuf:      Okay, *tell me, last night,* brother, *last night…*brother, *I think many things had happened.*

Ahmed:      What?

Yusuf:      *Last night*, are you talking to your girl, or?

Ahmed:      [IA].

Yusuf:      Yeah?

Ahmed:      I am talking to the girl.

Yusuf:      You are talking to the girl?

Ahmed:      I am talking to the girl.

Yusuf:      You did that? [IA] It will happen on the first of May, I imagine?

Ahmed:      [IA], no…

Yusuf:      It won't happen then? [Noise]. Ay, ay, ay [PH]. Are you fighting? Are you fighting?

Ahmed:      Yes, almost, brother.

Yusuf:      [Laughing].

Ahmed:      [IA].

Yusuf:      *Yes, brother.*

Ahmed:      [IA].

Yusuf:      [IA].

Ahmed:      [IA].

Yusuf:      Well, it might come, brother. You never know.

Ahmed:      [IA].

**2**
**UNCLASSIFIED**

**UNCLASSIFIED**

███████████

20101102063427 (1001894057)

| | |
|---|---|
| Yusuf: | Well, so what is happening? |
| Ahmed: | Not much, brother. I am sleeping a bit…[UI]. I will wake up soon. |
| Yusuf: | Okay. |
| Ahmed: | I will take a shower and then eat breakfast [IA]…and then [IA]. |
| Yusuf: | **God willing**, are you going back to bed again? |
| Ahmed: | Uhm…I will perhaps sleep for forty more minutes. |
| Yusuf: | Are you going to sleep for two more hours then? |
| Ahmed: | No, not two hours…forty more minutes. |
| Yusuf: | Ah, okay…prayers, but the prayers…are we going to do anything before that? [IA] Text on the mobile phone. |
| Ahmed: | When? |
| Yusuf: | Like, before performing prayers [OV] [IA]. |
| Ahmed: | No, I am not going to do anything. |
| Yusuf: | Are you going to work? |
| Ahmed: | No, afterwards I am going to take the brother and make some food. And then I am going to school to pick up some stuff. |
| Yusuf: | Well…but, now, now…like [IA], here [IA], before, *I mean later at the prayer*? |
| Ahmed: | No, no, I am going to sit around |
| Yusuf: | Ah, **God willing**…if you are awake **God willing**, I will give you a call [IA]. |
| Ahmed: | Okay, brother. |
| Yusuf: | *Okay brother, I wish you well*. |
| Ahmed: | [IA]. |
| | [End of conversation] |

**3**
**UNCLASSIFIED**

**UNCLASSIFIED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



7915 Microsoft Way
Charlotte, NC 28273

| | |
|---|---|
| File Number: | ███████████ |
| Requesting Official(s) and Office (s): | ███████████ |
| Task Number(s) and Date Completed: | ███████████ |
| Name and Office of Linguist(s): | ███████████ |
| Name and Office of Reviewer(s): | ███████████ |
| Source Language(s): | Swedish/Somali/Arabic |
| Target Language(s): | English |
| Name of Source File (Document): | |
| Name of Source File or CD (Audio): | 20101102063427 (1001894408) |

VERBATIM TRANSLATION

<u>Participants</u>:

| | |
|---|---|
| Mohamed Yusuf | Yusuf |
| Ali Yassin Ahmed | Ahmed |

<u>Abbreviations</u>:

| | |
|---|---|
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [PH] | Phonetic |
| [OV] | Overlapping Voices |

**UNCLASSIFIED**

**UNCLASSIFIED**

Languages:

| | |
|---|---|
| Swedish | Normal Font |
| *S*omali | *Italics* |
| Arabic | **Bold** |

Nasheed = Religious themed song without music, in Arabic.

Sodertalje = Stockholm suburb.

**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001894408)

[Phone ringing]

Yusuf:      May p*eace be upon you.*

Ahmed:      *Hey what is up with you? You hang up on me. May peace be upon you.*

Yusuf:      *Brother, peace be upon you too. Brother, I am leaving, so give me the number, brother.*

Ahmed:      *That is not it; you doing well, you know. Continue.*

Yusuf:      *What?* [Laughing]

Ahmed:      What's new?

Yusuf:      **Brother**, thank God.

Ahmed:      *Are you at work?*

Yusuf:      **Brother***, I just got out.* I am going to the garage and I am going to return the bus- the car, and then I am going home, **God willing**.

Ahmed:      *You made there on time, did you not?*

Yusuf:      B**rother,** *I was late actually. The bus was late; and I missed another bus; because it got to be too much, but it was not my fault, the buses were late.*[OV]

Ahmed:      [OV] *So the bus was late; it is alright then.*

Yusuf:      *Yes it was alright. I told them.* I hope so too…it was nothing.

Ahmed:      So it was not your fault?

Yusuf:      No, no, no, it was not my fault.

Ahmed:      **Thank God** that is good.

Yusuf:      **Thank God.**

Ahmed:      *Where did the bus get delayed*?

Yusuf:      **Brother at** five hundred and forty…no [UI] [OV]

Ahmed:      I thought you would drive for him?

**1**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001894408)

| | |
|---|---|
| Yusuf: | *Brother, this* **nasheed** *got stuck with me from earlier; I have been at it since then, you know.* |
| Ahmed: | *Is it* [*Arabic*]? |
| Yusuf: | *What?* |
| Ahmed: | [Singing in Arabic] |
| Yusuf: | No, no, no, brother. It is another; *another* [Singing in *Arabic*] [OV] |
| Ahmed: | [Laughing] *I found it last night, you know* [Singing in Arabic] *brother*, *spare me please. Brother*-brother *we speaking on the phone* [UI] [Swedish], **I mean**-brother-**I mean** I met an Arabic guy now, now. We sat down and talked, you know. It is a brother…he is from Gothenburg **I mean** *it is a blessing*- |
| Yusuf: | *Go on.* |
| Ahmed: | -but you know, *I mean* he told a story, you know, the thing about oh Ali [PH], you know *oh Allah,* you know. [UI]. We hung out there for a little while and I told him about the time when I was in Umrah [PH], you know *[UI]* at the mountain. Some *Shua [PH] and Shia* came because I was telling…they came down, you know. And then they were like-Ali [PH], you know. And I looked at them, you know, some-somewhat sternly, what do you say-oh Allah [PH], you know. **My God** [Swedish], *you understand.* |
| Yusuf: | [UI]…wait, wait, was he the Shia [PH] guy? |
| Ahmed: | [Smacking his lips] No, he was not, he was not *but it was*-[OV] |
| Yusuf: | [UI] [OV] |
| Ahmed: | **I mean** he told me that *but it was-it was*-what is it called…he told me…what is it called [IA]…the time when he hired some Iraqis'-*what do you say*-it is concerning…like…concrete workers. And then, what is it called…on and such. And then this Iraqi guy, he, like, oh Allah [PH], you know. |
| Yusuf: | [UI] [OV] |
| Ahmed: | I went towards him, you know, I began, oh Ali, you know… |
| Yusuf: | **Oh my God** [Laughing] |

2
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001894408)

| | |
|---|---|
| Ahmed: | He was telling [UI]…when he was beginning to tell, but then I, I thought it was Abu [PH], and then I thought…should I, should I confront him? Like that. Should I confront him? You know. |
| Yusuf: | *Go on.* |
| Ahmed: | Then it will show, **thank God** it turned out that he…that he was not Shia [PH]. He, he…I mean, before he left I only wanted to correct him, just so that he would not say 'oh Ali [PH]', like [UI]…because he said it, it depends on how you pronounce it *you understand,* if one-if one has [UI] like, like-*what do you say*-that is about, about cre--, if it is about the creation and such things, then those are the wrong words, *do you understand?* |
| Yusuf: | *Yes but of that is normal, first* why does one need to say, we sin [UI] [OV] |
| Ahmed: | [OV] *Yes* exactly, exactly [OV] |
| Yusuf: | **I mean**-it is okay, I understand that there are many who say [UI] [OV] |
| Ahmed: | But [OV] we were not supposed to talk about this [UI]. There was a brother, you know. He was saying that he and another Arabic person…he was saying that he is-what do you say-you know-he is in a new… like, he is not in a new relationship [UI]. He is new to the religion, you know. *He belongs to Islah group, do you understand?* |
| Yusuf: | *Yes.* |
| Ahmed: | But [UI] brother [UI], he was talking about…like…he was talking about *what did he say*-**God help me**-about…what is it called…that the religion had *you see* about Shia [PH], because he is studying Arabic now *do you understand? He spoke in Arabic language* |
| Yusuf: | Um-hum. |
| Ahmed: | *So he was talking about the Shia and being a Muslim* confusing, but the other brother, he was like [IA]… no *the one who was saying, you know*... he was like, this is not a problem, brother. *It is like-I said-I mean nothing…* do not take too much, *do you understand?* It is always that *your prayer, your charity, abstain from adultery, do your studies* [UI]... *you know--* |
| Yusuf: | *Yes.* |
| Ahmed: | --b*ut if the religion [UI] you must know,* brother. There are different interpretations. So, uh…check out, for example, check out…before |

**3**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001894408)

[UI]…why…why should men get seventy women and not, what is it called, why do women not -- not get seventy [IA] women in paradise?

Yusuf:  [Smacking his lips] **may God forgive us**, but brother, **I swear** that is… [OV]

Ahmed:  *Brother,* **I swear**… [OV]

Yusuf:  That is… [OV] [UI]…that is [UI] **I mean**, **God Almighty-**

Ahmed:  [Coughing]

Yusuf:  **-I swear, I swear God Almighty, brother-**[OV]

Ahmed:  What!? **I swear** I do not understand, *one time these* [UI] *one time in the world, you see.[UI]-*

Yusuf:  [OV] **God Almighty** what, what has that got to do with anything? Allah had said so. That is just the way things are--**God Almighty.** *Look, you know that the believers—the Muslims are known for saying,* "**we heard and we obeyed."** *That means whatever is commanded by God is* happy about it, do you understand? No matter what it is, do you understand?

Ahmed:  *Yes, yes.*

Yusuf:  *Therefore,* there is nothing like a Muslim who really believes in Allah and questions him. Do you understand? There is nothing like that.

Ahmed:  *Yes.*

Yusuf:  *That is what we disagree upon until now.* No, but this is wr--, and this is wrong. Do you then not believe? Do you understand? One does not question [OV]

Ahmed:  [OV] **I swear, I swear** *it* **is weird** I swear*;* like…I did not know [UI]. It got [IA], you know [OV]

Yusuf:  [OV] [UI]

Ahmed:  I did not expect that from him, you know.

Yusuf:  **Brother** that is… *do you know that person?* [OV]

Ahmed:  [OV] *But* **I swear,** *he is just…may God bless him. But it is so-you know…*

Yusuf:  [OV] [**Verse from the Quran**] [OV]

**UNCLASSIFIED**

████████████

20101102063427 (1001894408)

| | |
|---|---|
| Ahmed: | [OV] [UI] [**Arabic**] it was then, it was then...at that time...that I [UI] **God Almighty,** you see-- |
| Yusuf: | *Yes.* |
| Ahmed: | *-who made me a Somali, you understand* [OV] |
| Yusuf: | [OV] *Yes.* |
| Ahmed: | [OV] *So anyway* **thank God**, *Somali...being a Somali, brother-***I swear** *our religion, you see. I mean it so wonderful --* |
| Yusuf: | [OV] The religion is [UI] that much. No, no the Somalis… [OV] |
| Ahmed: | [OV] *No; if one compares our religion, the religion Somalis practice, you see-* |
| Yusuf: | Um-hum… |
| Ahmed: | **I swear** there is a big difference *from the one these Arabs practice. They are ignorant.* |
| Yusuf: | [Laughing] *go on.* [OV] |
| Ahmed: | [OV] I was standing at, what is it called now-*that tape, you see*… as I wrote-*you see*-because, you know, the Arabs, *you know, when someone dies, they write on their tapes* **, shahid,** *do you not understand,* **shahid** *so-an-so,* **shahid** *so-an-so.* |
| Yusuf: | Yes, but that is not good, that is not good, brother. |
| Ahmed: | *When the Somalis write on their tape, you see…for example the clergyman whom they intended for the Eid-* |
| Yusuf: | *Yes.* |
| Ahmed: | **I swear,** the Saudi [UI]… *do you remember?* |
| Yusuf: | *Yes.* |
| Ahmed: | *He sang a* **nasheed.** They showed a small-- a small picture of him… what had happened. *So they wrote,* "**Shahiid so-and-so,** his name, **God willing**," and they mentioned his name, you understand. |
| Yusuf: | *Yes; right, right. They write '***God*** willing' on it.  Somalis are good at that sort of thing, man.* |

**5**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001894408)

| | |
|---|---|
| Ahmed: | There are many things that the *Somalis do not rush into, brother, do you understand? Now-[OV]* |
| Yusuf: | *[OV] Yes.* |
| Ahmed: | *-I said* **I swear, thank God I mean**- we heard and we obeyed that *word, you know.* |
| Yusuf: | *Yes of course* [OV] [UI]… |
| Ahmed: | **I mean-***I thank God*-**I mean**-that-**I mean**- that I get to that level by the grace of God, you know. **Thank God** *that we were taught the religion right, as Somalis, that is the way we were taught you understand.* It is not right to question-**I mean**- |
| Yusuf: | [OV] [UI] questions? No, [OV] |
| Ahmed: | [OV] but, like, come on, brother. [OV] **I mean-I swear…** [OV] |
| Yusuf: | [OV] What-[OV]-what seventy? **God Almighty**. |
| Ahmed: | [OV] **I swear to God, I swear** I kept my mouth shut. I thought [UI] *those people are missing a lot. May God have mercy on them,* **I swear.** |
| Yusuf: | *May God have mercy on … may God show the right path.* That is… **God Almighty,** it is… [OV] |
| Ahmed: | [OV] [IA] **I swear**, I am totally **I swear** I am, like, speechless! |
| Yusuf: | Yes, yes [OV] |
| Ahmed: | *You know? When he says,* **I mean-**why with women, seventy, and not, what is it called-why men get seventy but not women **I mean.** *He said* it is not right. Still… [UI], I asked him if… [UI] I have not gotten an answer… [UI]. I thought **brother**- I looked at him, you know, and was saying to him, "brother, *that is not correct, but it is…" when* we discontinued the conversation *do you understand?* We did not go-*and another guy;* there were four people. |
| Yusuf: | [UI] [OV] |
| Ahmed: | *At the end I said, "Oh God,* **I swear***…" I said God may have mercy on him.* |
| Yusuf: | [Laughing] *Say that God may have mercy.* |
| Ahmed: | *What?* |

**6**
**UNCLASSIFIED**

**UNCLASSIFIED**

20101102063427 (1001894408)

| | |
|---|---|
| Yusuf: | *Hey man, may God have mercy on them, they men are strange. Are going home?* |
| Ahmed: | Yeah, **I swear** *I just left Sodertalje[PH], I left [UI]. I am feeling bad my friend, so I am hurrying home, you know.* |
| Yusuf: | Are you hungry? |
| AY: | No, no. *Cold, freezing [UI]…* |
| Yusuf: | *Yes.* |
| Ahmed: | *I do not know.* Brother, Abdirizak *and the others* are going to the organization, he was saying *to the Eid [UI]* five or five-thirty, but I spoke to him that I am going to school, you know. So he said that it ends at eight, and so we will see if can make it there **I mean.** |
| Yusuf: | *Brother, I am afraid that the* battery will die, Ali. |
| Ahmed: | *What* |
| Yusuf: | The battery…it is weak, brother. It can go at anytime. |
| Ahmed: | *What did you say?* |
| Yusuf: | The battery…it is weak, *you know.* |

[End of conversation]