# 2009 - 2010 - Key Intercepts of Mohamed Yusuf, Ali Yassin Ahmed and Yassin Yare

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



935 Pennsylvania Avenue, NW
Washington, D.C. 20535

File Number:

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

Source Language(s):                    Swedish/Somali/Arabic

Target Language:                       English

Source File Information     HTA_2009_02_02_1144_id_1002016486

### VERBATIM TRANSLATION

Participants:      Yasin Ismail Ahmed
                   (a.k.a. Yahye/Yahya/Yassin Yare)        Yare
                   Bille Ilias Mohamed                     Mohamed
                   Mohamed Yusuf                           Yusuf

                   Abbreviations:
                   [UI]                                    Unintelligible

UNCLASSIFIED

UNCLASSIFIED

<u>Languages</u>:

| | |
|---|---|
| Swedish | Normal font |
| Somali | *Italic* |
| English | <u>Underlined</u> |
| Arabic | **Bold** |

UNCLASSIFIED

HTA_2009_02_02_1144_id_1002016486

[Phone ringing]

Mohamed:   **May peace be upon you.** <u>Hello?</u> **May peace be upon you.**

Yare:   **May peace be upon you.** *Can you hear me?*

Mohamed:   *Yes, now I hear you* **brother.**

Yare:   <mark>**Dear brother,** *first, did you call me yesterday? I left a message for you with your wife.*</mark>

Mohamed:   *No.*

Yare:   <mark>*Yes* **brother,** *the message I left for you is about the man, your friend Yusuf. He is with me now. He said-hmm-the cologne he saw at your place the day he was leaving-he said, "Bring it for me."*</mark>

Mohamed:   *My cologne? Or his own that he left behind?*

Yare:   *It is one of yours that had a little bit left. So he wants that you buy a new one for him. He liked that brand, and he wants you to buy it for him. Do you understand?*

Mohamed:   *Okay, okay.* **God willing.** *Okay,* **God willing; by the will of God.**

Yare:   *Do you know the type he wants? He will tell you now. Wait, we will call you back, okay?*

Mohamed:   *Okay.*

Yare:   *Or just hold a little bit.*

Mohamed:   *Okay, okay.*

[Pause]

Yusuf:   **May peace be upon you.**

Mohamed:   **May peace and the mercy of the lord be upon you.** *Can you hear me,* **brother?** <u>Hello?</u>

Yusuf:   *Yes, okay. Can you hear me?*

Mohamed:   *Yes, I can hear you now.*

UNCLASSIFIED

UNCLASSIFIED

HTA_2009_02_02_1144_id_1002016486

| | |
|---|---|
| Yusuf: | *Look. I'll be quick. Do you remember the cologne of yours that I used the day I was leaving?* |
| Mohamed: | *Yes, yes. It's Gucci.* |
| Yusuf: | *Do you remember?* Could you buy one like that for me, **by the will of God,** *okay?* |
| Mohamed: | *Okay.* |
| Yusuf: | [UI] No money…[UI]. |
| Mohamed: | That is not a problem, that is not a problem, **God willing, by the will of God.** |
| Yusuf: | **God willing,** *we are waiting for you. You should hurry up, hurry up.* |
| Mohamed: | **By the will of God,** *okay. Listen…* |
| Yusuf: | *Yes.* |
| Mohamed: | *Do you want the Koran in English? The Koran in English?* |
| Yusuf: | *The Koran? What? What do you mean? What is the Koran in English? Isn't there one in Swedish? Isn't there one in Swedish?* |
| Mohamed: | *It is available, it is available. But it is the Koran in Swedish only. It is the Koran in Swedish. Do you understand?* |
| Yusuf: | *Is it Swedish only?* |
| Mohamed: | *The Koran in Arabic with Swedish translations is not available.* **I mean,** *it is only in Swedish. Do you understand?* |
| Yusuf: | *Yes.* |
| Mohamed: | *Anyway, I bought it. And I will bring it to you,* anyway. Can you hear me? |
| Yusuf: | [UI] *Look…* |
| Mohamed: | *Yes. I cannot hear you well; the line is breaking up.* Hello, hello, hello, hello… |
| | [End of conversation] |

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



935 Pennsylvania Avenue, NW
Washington, D.C. 20535

File Number: 

Requesting Official(s) and Office(s): 

Task Number(s) and Date Completed: 

Name and Office of Linguist(s): 

Name and Office of Reviewer(s): 

Source Language(s):               Swedish/Arabic/Somali

Target Language:                  English

Source File Information    02/26/2010 18:46

### VERBATIM TRANSLATION

| Participants: | Bille Ilias Mohamed | Mohamed |
|---|---|---|
| | Mohamed Yusuf (a.k.a. Hudeifa) | Yusuf |
| | Ali Yassin Ahmed | Ahmed |
| | Baraa | Baraa |

| Abbreviations: | Unintelligible | [UI] |
|---|---|---|
| | Simultaneous Conversation | [SC] |
| | Phonetic | [PH] |
| | Overlapping Voices | [OV] |

UNCLASSIFIED

UNCLASSIFIED

Languages:                    Swedish = Normal font
                              Somali = *Italic*
                              English = <u>Underlined</u>
                              Arabic = **Bold**

Translator's notes:
Mogadishu – capital of Somalia
Dhusa-Mareb – original capital of Galgadud (northwest of Mogadishu)
"The Woods" – Al-Shabaab fighters in the Galgadud region were located in the woods
Jakobsberg, Husby, and Rinkeby – Stockholm's suburbs
Dubai – Emirate in United Arab Emirates
Galkayo – original capital of Mudug (northwest of Mogadishu)
Haifa – city in Israel
Dhooble – an area in the southern region of Somalia
Ansars – means "supporters" (in Arabic)
Shahado – martyrdom

UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

[Phone ringing and automated recording]

[Verbatim translation starts at 01:45]

Yusuf:      **Peace be upon you!**

Mohamed:    **Peace and the mercy and blessings of God be upon you too!**

Yusuf:      *Okay*—**by the grace of God**! The brother whom I missed; *I wanted to call you Atosh and say to him, 'Give me Bile's number; missed his voice"* [laughing].

Mohamed:    **God Almighty**. *I swear my friend; I am going crazy about you--*

Yusuf:      *What*?

Mohamed:    *I am really going crazy about you.*

Yusuf:      [Laughing] *me too, my friend.*

Mohamed:    **God Almighty**! You do not understand, *I swear.*

Yusuf:       *Go on.*

Mohamed:    [Laughing]. Today I was listening to… [singing in Arabic] and do you remember when we were walking, you only, you only sang that. I listened to it today, **God Almighty**…

Yusuf:      **God Almighty**! [Laughing]. I dreamed about you, brother.

Mohamed:    [Laughing]. Don't say anything. I do not want to hear about any dreams. [Laughing]. In this country…while I am here, I get nervous when somebody tells me they had a dream about me when I am here.

Yusuf:      [Laughing] No, no, no **God willing** [UI].

Mohamed:    **God willing; by the will of God.** How are things with you?

Yusuf:      **Thank God.** *The man was released, he came out--your friend Ismael.*

Mohamed:    *When did he come, brother*?

Yusuf:      *Brother… four days ago.*

1

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:     **God Almighty! God Almighty**! *So what are the men now? Are they commandos?*

Yusuf:       *No man. Anyway they were told to come back after ten days; you know. That is what they told.*

Mohamed:     *What did you say? To come…?*

Yusuf:       *They were told to come back after ten days; you know*?

Mohamed:     *All of them; again?*

Yusuf:       *Yes, anyway the program that is* [UI]

Mohamed:     *Is it only those ten*?

Yusuf:       No, no. *It is just a little. They are about* hundred. [UI]

Mohamed:     *Get out of here.*

Yusuf:       *I swear; I swear. It is a problem.*

Mohamed:     *I knew only of ten. Have they become more than those ten?*

Yusuf:       Yes, yes, sure. It is only our brothers [UI]… the **Ansars** and lots of others have died [UI].

Mohamed:     *Yes*…okay. So they only took ten from that side?

Yusuf:       *Yes, exactly. There were many things* **God willing**.

Mohamed:     Okay **God Almighty, God Almighty**. So, how are you?

Yusuf:       *I swear I am fine*, thank God. I am doing well. **God willing** I will be traveling soon, **God willing**.

Mohamed:     Are you going to visit the family, right?

Yusuf:       No, no…I am going to—I am going into the woods, brother, you know; **God willing.**

Mohamed:     **God is great, God is great**. Oh, okay. Are you going north or south?

2
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

| | |
|---|---|
| Yusuf: | No, no, no I am going north. *We are going to Dhusa Mareb first.* |
| Mohamed: | **God is great, God is great**. Will that be soon, or? |
| Yusuf: | Yes, yes, like…I am just waiting *I bought my things*—my knife and things that I bought. I am just waiting for—**I mean**—what do you say…*the day that God*-- [UI] |
| Mohamed: | [OV] [UI] |
| Yusuf: | -I am just waiting for *the day that God-that is what is left.* |
| Mohamed: | **God is great. God is great, God Almighty, God Almighty**. It is great for me that you are going that way…because I will be going that way as well. [Laughing]. The next time…no Mogadishu for me next time. |
| Yusuf: | No, no, no **God willing** directly to **shahado**. **God willing**. [UI] I will do my best. [Laughing]. |
| Mohamed: | Wait for me. **God willing** may God give you **shahado** at the end [laughing]. |
| Yusuf: | [OV] [UI] |
| Mohamed: | [Laughing] I swear, it does not work. We have to eat fish together again [laughing]. [OV] [UI] I am a little egotistical, **I swear, God Almighty**, but, like, I do not sleep at night without thinking about you guys. |
| Yusuf: | **I swear,** it is the same here, brother. |
| Mohamed: | **God Almighty**, may God reunite us, **I swear. I swear**, may God reunite us, right. |
| Yusuf: | *Amen, amen. Go on.* |
| Mohamed: | On my way to work I walk past Jakobsberg, you know, and I think…oy, oy, oy. *The old guy is right.* |
| Yusuf: | **Right**. *Let me pass the phone to the old guy. I did not tell that he is with me.* |
| Mohamed: | *Is he with you?* |
| Yusuf: | *Yes, he is with me.* |
| Mohamed: | *Yes, let me talk to him. God Almighty!* |

3
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

[Background chatter] [Ahmed joins the conversation]

Ahmed:   **<u>Peace be upon you</u>**.

Mohamed:   **<u>Peace and the mercy and blessing of God be upon you</u>**. [Laughing]

Ahmed:   Okay brother!

Mohamed:   *Hey,* **God Almighty**, you talk like a retired person, who has been beaten up or something, right?

Ahmed:   **In the name of God** [UI]

Mohamed:    Huh?

Ahmed:   Check it out! **God Almighty**, it is going to be an old guy [UI]

Mohamed:   [Laughing] **I swear,** you sound like…by your voice…you sound like—I do not even know what. Huh?

Ahmed:   It is probably because I have not had much sleep in a long time.

Mohamed:   Oh, okay. They are [UI] dangerous individuals, right?

Ahmed:   <mark>Three months without sleep. During that time, the longest-*what do you say*-stretch that I have been able to sleep at one point is perhaps five hours, brother.</mark>

Mohamed:   Oy, oy, so you are sitting during four hours.

Ahmed:   **I swear, I swear**…

Mohamed:   So the beginning is nothing compared to this then, right?

Ahmed:   **I swear, I swear**. No, it is nothing. **God Almighty, I swear,** I get nightmares just talking about it, brother.

Mohamed:   **God Almighty**! [Laughing]

Ahmed:   <mark>[Laughing] **I swear, I swear,** I guess it is only in the evenings, brother. I am sleepy, [UI] people, during the night [UI] two hours only at night there. Where is the sleep?</mark>

Mohamed:   Oy, oy, oy. **God is Great.**

4
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Ahmed:        **God Almighty**, [UI] I walk in the room and try to get some sleep—it does not work, **God Almighty**, but **thank God** [UI].

Mohamed:      *I swear* brother it is *a blessing*; if you knew how many *blessings* you have gained.

Ahmed:        **God willing, by God's grace**.

Mohamed:      **I swear**, that-that…everybody should understand that…a Muslim should not sleep more than four hours overall [UI], *do you understand?*

Ahmed:        **Yes, yes, yes. God willing**.

Mohamed:      **Yes, God willing, by God's grace. God willing, by God's grace.** So, **God willing…**

Ahmed:        They always said that [UI]

Mohamed:      Yes…first…I tried to get in touch with you, you know. I wanted to call you sometime before I left, but it was too quick. The thing was too quick… I thought-I thought, **God Almighty**…  I forgot when I was at the airport, you know… I called; do you remember I told you that I was inside now?

Ahmed:        Oh, sure, sure.

Mohamed:      Do you know what the main reason in calling you was, from the very beginning? I borrowed a guy's cell-phone…and do you know what the main reason in calling you was?

Ahmed:        No.

Mohamed:      I wanted to tell you…the guy…that gave me a ride. I did not give him money. Do you understand?

Ahmed:        Oh, *it does not matter*. I know, I know, I know. *Yes*.

Mohamed:      And, do you know what the problem was? When we-like-I do not know…the airport is not like at [UI]…it is not like it used to be, you know. *Now, they have some things here*. There is a check point long before you get there--

Ahmed:        *Go on.*

Mohamed:      --and then you have those guys standing there, *robbers*, literally *robbers*, you know--

5
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Ahmed:       Yes, yes, yes, yes.

Mohamed:     --at that time there were four of them and then this guy-he was carrying my bag, and we tried to pass but this guy stopped us at the checking point and *said where did you pay*…and he just…I am with that guy…he is traveling and I am just going to help him. He is my cousin, you know. He just… *he is a big man*…

Ahmed:       Yes, yes.

Mohamed:     And he was like…he can carry his own bags…and you get yours. And, you know…I thought…I had hundreds of dollars in there, one hundred fifty…and then I had a bunch of dollars in my pocket.

Ahmed:       Yes, yes.

Mohamed:     And…brother, I do not know…if I would have given it to him right there I would have been robbed [laughter] do you understand?

Ahmed:       Yes, yes.

Mohamed:     And, **I swear,** straight *robbers*- I was lucky that I did not give it to him. Brother*, tell Ismail to take care of them, *do you understand?*

Ahmed:       *Yes, it is all right although*. [UI] when you came, you know?

Mohamed:     I also knew that you did not have money.

Ahmed:       Yes, yes, *thank God* [laughter]. Brother you know me.

Mohamed:     I know [laughing] I know **Thank God Almighty**.

Ahmed:       When you came, you know.

Mohamed:     I know, **I swear** brother.

Ahmed:       [UI] *a lousy man who drives a taxi* [UI]-he sits and wait-what then? Brother, did you get the money? Are you kidding me? *You are after me everywhere I go* -no, no, and then, brother forgive me-*we [UI]* all this. [UI]

Mohamed:     **Yes, God Almighty**, h*e was afraid; he was afraid* [OV]. Do you know? I do not know if he had told you--*he was afraid*--about the crappiest place. I swear that we went through.

6
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Ahmed:         I can imagine. You know it yourself…

Mohamed:        *You will be scared-you will be scared.*

Ahmed:         [UI] So…you mean the guy…the driver, right?

Mohamed:       Yes.

Ahmed:         He is like – the driver. *What do you say...* [UI]

Mohamed:       I understand, I understand.

Ahmed:         *It is so,* He is cool.

Mohamed:       Oy, **I swear**. One gets really paranoid. There were some kids with weapons-the dude is playing with a dog in the street. A dog…do you understand!? And then they just suddenly get up and come up to the window and point their weapons against the window, **God Almighty**, it was like these real… like *robber-robbers*, you know.

Ahmed:         Oh…*yes,* **God Almighty**.

Mohamed:       Yes… **anyway** they are scary people, **God Almighty**, they are scary people. **Anyway**, you are back now.

                [Background voices]

Mohamed:       Hello? Can you hear me?

Ahmed:         Hello…hello…hello, hello.

Mohamed:       Can you hear me?

Ahmed:         Yes, **thank God**, I called because I wanted to have a conversation [UI]

Mohamed:       **Thank God Almighty, thank God**. That is why I called you from the start. I wanted to tell you…Ismail, if the guy comes to you and asks for money…give him the money…because I did not give him the money. I was trying [UI], but I completely forgot. I came into the airport, **thank God** [UI], now it is difficult-I forgot and then I borrowed the phone from a guy…you know.

Ahmed:         Yes, no, no **Thank God.** [UI] *do you know.*

7
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:      Yes, **Thank God Almighty, [UI] how are you?**

Ahmed:        <u>**Thank God**</u>, it is alright, everything went alright. But tell me how things went [UI] with the ticket… [UI]

Mohamed:      Well, **thanks to God**, the wife… I swear, it did not work out.

Ahmed:        It did not work out?

Mohamed:      No…it did not work out. I talked, and I argued, and argued. They were like…okay, if you are going to report them to the police then you must remain here in Dubai while the process is going on.  The process is ready, *you know.*

Ahmed:        Yes.

Mohamed:      And I was like…I do not have a hotel, I do not have the money-I cannot stay in a hotel-this is my ticket [UI]. And I told them that I did not want to go through the process…I wanted justice immediately, right there. And they were like…no, no, no…it does not work like that. You have to first report it to the police and then it will take some time to go through the process. And, they will surely argue…and then they will probably not admit to it right away…saying no…it was not our fault. [UI]

Ahmed:        *I see*, **God Almighty** *go on.*

Mohamed:      *So I pray God not to bless them.* Whatever their name is-Dalla or something *may God not bless them.* I called my wife…and then my wife sent money right away…and I was then able to buy a ticket out-of-there.

Ahmed:        The same day?

Mohamed:      Yes, the same day. Just a few hours… two hours later.

Ahmed:        Oh… **thank God, Thank God**. *I was thinking*, *"Where did the man go?" We did not know*-we did not know anything.

Mohamed:      I know…I know.

Ahmed:        [UI]. We were like…he must be busy with his wife…that is probably why he did not call. [Laughing]

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:     [Laughing]. He told me too, and I told the dude-[laughing] - I told the dude, a
             little afterwards, I told him… *I said the old guy,* it had been seven months since
             he went to the London trip *with his wife* [laughing]

Ahmed:       [Laughing] **Thank God Almighty**.

Mohamed:     Hey, listen. Is everything stable with Ahmed?

Ahmed:       Yes. The brothers are always asking. "Where is the dude? Where is the dude?"
             **God willing, God willing**. It is not easy; it leaked out. [UI] *you know that Nuh is
             a crazy man.* A brother came yesterday and said that he had found out the truth,
             you know?

Mohamed:     Yes.

Ahmed:       I just shook [UI]…we are waiting…we are just simply waiting for him. *I said*
             there is not much I can say about that. [OV] *however* **God permitting**, they know
             in Galkayo that he is coming, **God willing**.

Mohamed:     Anyway Nuh-everybody knows that he is-Nuh is easy- he talks easily, do you
             understand.

Ahmed:       Yes, yes. He also mentioned his name as I understood directly [UI].

Mohamed:     Yes, yes that is him. No, no [UI]-I know that Nuh already called when I was here.
             He called a guy and told him that I can talk to him, do you understand?

Ahmed:       [Laughing] He called the police [UI]

Mohamed:     Yes, for two days, **God Almighty**. I am impressed.  **Anyway** it will be alright
             **God willing**. *Let me ask you...*

Ahmed:       How is the family; the wife?

Mohamed:     ==**Thank God**. One can't complain; when one lives in this country one can only
             complain about living with the infidels, I swear.==

Ahmed:       I understand. I understand. How about the brothers there?

Mohamed:     **I swear** *you know those men; they are all very tired,* big time. *Tired* all the time;
             you understand. *Very tired* all the time, talking about it.

Ahmed:       Yes, yes, yes.

9
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:      **I swear** brother, I am just shocked.

Ahmed:        Mustafa got married.

Mohamed:      Mustafa *what*…?

Ahmed:        He got married, *they say*. Mustafa …

Mohamed:      I haven't heard that. His mother died recently. **God Almighty**.

Ahmed:        Yes, she died recently, before I left three months ago. But now, I have talked to
              him [UI] and *he was just out* of *the honeymoon*.

Mohamed:      [UI] **I swear,** I have no idea. **God Almighty**. I have no idea.

Ahmed:        You live *in that place that*--that apartment--what do you say--[UI].

Mohamed:      ==I got… I mean I live in Rinkeby. I mean I live in Husby now.==

Ahmed:        Yes, yes. **God Almighty**.

Mohamed:      I live in Husby now. But, on the other hand, Maslah got married. Do you know
              Maslah?

Ahmed:        Maslah, yes, yes….the doctor.

Mohamed:      Maslah, the doctor, exactly. He actually got married this past Friday.

Ahmed:        This past Friday?

Mohamed:      This past-this past Saturday.

Ahmed:        [UI] **God Almighty**.  How is the education itself going there?

Mohamed:      Eh, eh, he has one month leave, so he is taking the opportunity, you know.

Ahmed:        Is he going back?

Mohamed:      Yes. He is going back in the beginning--in the middle of March. **God willing**. So
              he had only ten weeks of vacation.

Ahmed:        *And* how is it with Mahdi?

10
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:      No, nothing.

Ahmed:        Mahdi is still over there.

Mohamed:      What did you say?

Ahmed:        *Mahdi is over there, is he not?*

Mohamed:      *Yes, yes* <u>I am sure</u> [UI]

Ahmed:        [UI]

Mohamed:      Mahdi did not come. He is still there, in Hungary, you know.

Ahmed:        What is happening they say that Tarabi is in Haifa? [UI]

Mohamed:      The man-he and West keep <u>running</u> and <u>running</u> from me. <u>They keep running.</u>

Ahmed:        [UI]

Mohamed:      *It is so*, they killed the dude. They are very dangerous.

Ahmed:        So they were running [laughing]

Mohamed:      I recently met Abdullahi and West at Maslah's wedding.

Ahmed:        Huh.

Mohamed:      He just… only some pictures they took-ahem Ilias took at Maslah's wedding [UI]<u>.</u>

Ahmed:        [UI] [Laughing]

Mohamed:      [UI].

Ahmed:        [UI].

Mohamed:      There is a lot of shit going on. You know, that dude Ghadafi-you know Ghadafi

Ahmed:        Yes, listen, I was on-*what do you say*-the internet last Sunday.

Mohamed:      Yes, you read…you…

Ahmed:        Yes, yes Ghadafi said something about-what is it called- the youth, **so-and-so**.

11

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:     Yes. So he also-**I swear**…

Ahmed:       I tried-to contact him, **I swear**, but it did not work [UI]

Mohamed:     Yes.

Ahmed:       **God Almighty**, that guy knows how to talk.

Mohamed:     ==Hey, listen; tell Hudeifa to give me Yahya's number before the connection is lost.==

             [SC]

Ahmed:       ==Hey *Hudeifa, give me Yahya's telephone?*==

             [SC]

Mohamed:     --or do you have it in your mobile?

Ahmed:       [SC] *Which one is it?* [SC] *Write it down.* Five, zero, five-

Mohamed:     What did you say?

Ahmed:       -five, zero, five-

Mohamed:     -five, zero, five-

Ahmed:       -one, nine, two, six.

Mohamed:     -one, nine, two, six.

Ahmed:       *Yes.*

Mohamed:     **Anyway**, this guy is starting to freak out, you understand?

Ahmed:       Yes.

Mohamed:     ==*He said* that Yahya used to preach heavy stuff and used to… *do you understand?*==

Ahmed:       Yes, yes [UI]

Mohamed:     ==Also, now tomorrow, or this coming Sunday, I do not know, in two days, they will broadcast a program about him, he is talking about extremists in Rinkeby.==

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

==**They want to enforce, they want to enforce Sharia in Rinkeby; you know. That is what he says, you know.**==

Ahmed:      Hey, listen – those guys … [UI]

Mohamed:    Yes.

Ahmed:      [UI] which one is it [UI] is it? [UI].

Mohamed:    [UI] *That is not him.  He is the one called Kheid [PH]* His name is Kheid? Or what is his name? Not Kheid. What was his name?

Ahmed:      Hmm--Kennedeed [PH]? Kennedeed?

Mohamed:    Kennedeed. It is not Kennedeed, you know [UI]

Ahmed:      Kennedeed [UI], right?

Mohamed:    Kennedeed, I have not seen him in a long time, he is a good man, and he is a bright guy.

Ahmed:      Ghadafi, [UI]. Beard, [UI], I know, I know, [UI]

Mohamed:    [UI] *what do you call?*

Ahmed:      [UI]

Mohamed:    Exactly, exactly, exactly [Laughing]

            [Overlapping voices]

Ahmed:      [UI] **I swear**, [UI]-- he wants money, brother.

Mohamed:    Exactly, **God is great**. [UI] he became very attentive. *Do you understand*?

Ahmed:      Yes.

Mohamed:    And this is exactly what the Swedes want.

Ahmed:      He has to find another way.

Mohamed:    Exactly. The Hip Hop music was a big failure, you know.

UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

| | |
|---|---|
| Ahmed: | *Yes*, it was a failure. *Yes* |
| Mohamed: | *So, now he is looking for* a way out **I swear, we ask God for salvation--** |
| Ahmed: | [UI] |
| Mohamed: | *--but I swear the worst is those who live among these people, you know, we're worse than them.* |
| Ahmed: | [UI] ...Yes, is it total chaos? |
| Mohamed: | *Yes,* it is chaotic. *I swear, thanks to God and I pray to God Almighty.* **I swear,** *I pray to Allah* that he gives you peace and quiet, where you are right now. *Do you understand?* |
| Ahmed: | Amen, amen. [UI] |
| Mohamed: | And I hope that you remain <u>firm</u>. That you will remain strong and steadfast; **I swear,** the thing is not the least and I am telling you, if you listen to me, I wish now that I had told you when I was with you that I should go with [UI] so that I would not regret it, and I told *Hudeifa* one day… |
| Ahmed: | **Right.** |
| Mohamed: | I swear, my regret started the day I landed here. |
| Ahmed: | **Oh my God**. |
| Mohamed: | *But* **God willing**, *pray for me man. Do you understand?* |
| Ahmed: | *Amen*, **God willing**. *May God make it easy for you.* |
| Mohamed: | That God make [UI] when it was successful [UI], *you understand.* |
| Ahmed: | **Amen, God willing.** |
| Mohamed: | *Pray for me,* God willing. *Do you understand?* |
| Ahmed: | **God willing**. How is the family? |
| Mohamed: | **I swear** the family is good. They are good, **thank God**. |
| Ahmed: | *Tell me about the place, eh* [UI]? |

14
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:     *Yes.* They are also well. They are also well.

Ahmed:       Are you going back to work?

Mohamed:     I go back to the same job, the same job.

Ahmed:       It is working; is it?

Mohamed:     It's working out. **Thank God Almighty- Thank God Almighty**. *Just a little with that*, you know.

Ahmed:       **Okay** [UI], *may God make it easy for you. God willing.*

Mohamed:     **God willing.**

Ahmed:       **What did you say** brother?

Mohamed:     How long are you going to stay there? Or are you going back soon?

Ahmed:       **I swear** [UI] three or four days left*, you see.* [UI] … I will wait and see, then I think I am going back to my old post.

Mohamed:     Yes, **God willing** [UI] … *you know.*

Ahmed:       [UI] **By the will of God.**

Mohamed:     Get back to me, **God willing.** If everything is a little [OV] if everything is <u>okay</u>, do you understand what I mean? If it is unstable, I am going to Rinkeby a bit later, perhaps tomorrow. I am going to meet the guys, so I can perhaps get something for you, so that everything will be okay, do *you understand*? So just get back to me.

Ahmed:       **Thanks to God**…[UI], okay?

Mohamed:     **God willing**.

Ahmed:       **God willing**. *Give my regards to the guys.* Uh, Faysal and Abdullahi [UI]

Mohamed:     **God willing.**

Ahmed:       [UI]…a big guy like you. *How do you say...*[laughing]

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

| | |
|---|---|
| Mohamed: | When I saw how stocky he had become. Hell, I don't know what he is eating now; he would be suitable at a construction site. |
| Ahmed: | **I swear**, [UI] |
| Mohamed: | **The problem is**… [UI] |
| Ahmed: | [UI] He wants to get married-- |
| Mohamed: | No, no, he has gotten married, when I saw him he was looking to get married. **By the will of God** [UI] |
| Ahmed: | Does he still drive a taxi? |
| Mohamed: | Yes. [Laughing] |
| Ahmed: | *Say to him, "May God make it easy for you."* |
| Mohamed: | [Laughing] *let me tell you,* he is back to square one, all of them, *you know*. He is at the same place where you left him, you understand. |
| Ahmed: | The same routine? |
| Mohamed: | The same routine. Literally the same routine. I am shocked. I feel like an alien, you understand; out of this world, **I swear.** I have nothing in common with the people here, nothing--nothing in common with them; nothing in common; nothing. |
| Ahmed: | **Oh my God!** [UI] |
| Mohamed: | When he sees me, he runs like he is a 100 meter sprinter. |
| Ahmed: | [Laughing] What is he doing now? |
| Mohamed: | **I swear,** I have no idea. He is still wearing a suit. I think it is-I think it is… |
| | [Laughing] [Baby crying] |
| Ahmed: | **Oh my God! All thanks to God. All thanks to God…** |
| Mohamed: | **All thanks to God.** |
| Ahmed: | I am telling you *it is usual routine stuff and the normal headaches*, you know*?* |

16
UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

| | |
|---|---|
| Mohamed: | *Yes, indeed, yes indeed. Brother,* **all thanks to God**, *you understand,* **all thanks to God.** I am telling you, *there are a lot of headaches, you understand,* we may reunite again **by the will of God.** |
| Ahmed: | **Amen, amen. God willing.** |
| Mohamed: | **God willing.** |
| Ahmed: | [UI] |
| Mohamed: | *Okay man,* **God willing.** I understand [OV] **God Almighty**. |
| Ahmed: | **Amen, amen. God willing.** *Say hello to the guys.* |
| Mohamed: | I will try to call Yahya [PH], before this telephone card is empty. |
| Ahmed: | **God willing** [UI] |
| Mohamed: | **Peace be upon you.** |
| Yusuf: | *Yes,* [UI] |
| Mohamed: | **Peace be upon you**. |
| Yusuf: | **Peace be upon you too, brother.** |
| Mohamed: | *How are you brother?* |
| Yusuf: | *Does the stomach bother you? Several months have passed.* [Laughing] |
| Mohamed: | **Oh my God**, *I want to tell you…* |
| Yusuf: | [Laughing] |
| Mohamed: | *I forgot what I wanted to say… is the old guy, Yahya available?* |
| Yusuf: | *Man,* Yahya is away to another city but will be back in a few days. He took his wife somewhere. |
| Mohamed: | *Oh, they are not even here; are they?* |
| Yusuf: | *I mean, he is not in Mogadishu but will come back in a few days.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:     <u>Okay, okay, okay, okay.</u> *She is not there either, is she?*

Yusuf:       *She... You mean the girl?*

Mohamed:     *Yes.*

Yusuf:       *No, no. They went together. He took her to a city somewhere--*

Mohamed:     *Right.*

Yusuf:       *--After a few days... I was talking to him today and he told me he will come back after a few days.*

Mohamed:     <u>Okay.</u> *That is good,* **Inshallah**. *Alright then, there is no problem. My wife wanted his wife, you know.*

Yusuf:       *Yes,* **God willing**. *Anyway, she will come back. You will get him in Mogadishu and talk to him* **God willing.** *No worries.*

Mohamed:     *Yes,* **God willing**. *How are you doing?* Everything is…*it is now* five months, *right*?

Yusuf:       **God willing** *the fifth month is about to begin soon,* **God willing**. *Very soon the fifth month is about to begin,* **God willing.**

Mohamed:     **God willing**. *Tell me, did all the brothers, all the people come back?*

Yusuf:       *Yes, yes, yes.*

Mohamed:     *[Laughing] Baraa [PH] and Zubeyr [PH].*

Yusuf:       *Yes, they all here.*

Mohamed:     **God Almighty**, they are getting revenge *now*.

Yusuf:       Yes, they are getting a fierce revenge, brother [UI]

Mohamed:     [Laughing]

Yusuf:       Exactly, [UI] but Ismail [PH] has to place one, one, how do you say, *a plastic container* [UI]

             [Laughing]

18
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Yusuf:       [UI] *It should be placed in the bathroom for him.*

Mohamed:     *A bucket of* [UI]

Yusuf:       [Laughing]

Mohamed:     *-- And soap and shampoo should be put in the bathroom for him—and* four buckets of water, *you know. [Laughing]*

Yusuf:       *It is like they are taking a shower in the room. I do not understand, man.*

             [Laughing]

Mohamed:     *I think he is behind all that. He is behind it.*

Yusuf:       [UI]

Mohamed:     Despite everything-despite everything-despite everything, he is a man…*do you understand what I mean?*

Yusuf:       *Yes, yes,* brother.

Mohamed:     **My God,** *let me tell you...*anything--anything *new?*

Yusuf:       **I swear**, brother there is nothing. **I mean-**there are some tensions in town again, **I mean.** It has changed a little. It is like something is about to happen.

Mohamed:     *Right.* Did you hear that…from the South, you know, Dhooble and that area?

Yusuf:       <mark>*Yes, yes.* The man *started a hit and run strategy. This guy was brought back by the Kenyan government. So …* Push-ups; *they are instructed to move forward, do you understand?*</mark>

Mohamed:     *Yes, yes.*

Yusuf:       <mark>[UI] *So something will be planned for them. We are hoping that something is going to happen soon.*</mark>

Mohamed:     **If God Almighty allows it.**

Yusuf:       *Man, I am waiting for* [UI] *this Friday. But,* **God** *willing, let us help Ismail* [PH], *who is about to marry,* **God willing.**

19
UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

| | |
|---|---|
| Mohamed: | *Is Ismail getting married?* |
| Yusuf: | *No but he is looking now; you understand. [Child crying]* |
| Mohamed: | **Yes, yes, yes.** |
| Yusuf: | I have no use of a gun right now; I am going to the woods. |
| Mohamed: | *Yes, I understand; I understand very well.* |
| Yusuf: | *So,* **God willing** [UI] |
| Mohamed: | **God willing**, *anyway we will keep in touch; you understand.* |
| Yusuf: | *Right.* |
| Mohamed: | **God willing,** *before, er, er, you all leave [UI],* in any case, *you are here* [UI]; *are you not?* |
| Yusuf: | [UI] |
| Mohamed: | *What did you say?* |
| Yusuf: | These next coming days [UI] |
| Mohamed: | [UI] Okay, *you are* ready. |
| Yusuf: | Yes, I am ready, **you know.** |
| Mohamed: | *Okay then, by the will of God.* |
| Yusuf: | *Okay,* listen-- |
| Mohamed: | *Yes.* |
| Yusuf: | --Baraa [PH] is here. He wants to say hello to you. Is it okay? Do you feel like saying hello? Or… |
| Mohamed: | I want to say hello to him, but, you know, I don't know what to say. *Do you understand?* |
| Yusuf: | *Right.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

Mohamed:       Does he know that you are talking to me, or?

Yusuf:         Yes, yes, yes, I think so. Ismail came and told me that he wants to talk to him.

Mohamed:       Okay, Okay – but does he know that I am still over there?

Yusuf:         No, I don't think he knows that you have moved, brother.

Mohamed:       Does he know that I am here. Or?

Yusuf:         He recognizes your voice. Yes, yes, yes, he still recognizes your voice, brother.

Mohamed:       Yes, okay, does he want to talk?

Yusuf:         [UI] He seems to be in a hurry to say something.

Mohamed:       I want to say hello to him; I want to say hello to him. Let me talk to him; let me talk to him.

Yusuf:         *Alright*. [SC] Baraa [SC]

Baraa:         **Peace be upon you!**

Mohamed:       **Peace and the mercy and blessing of God be upon you.**

Baraa:         [Laughing] Hey.

Mohamed:       [Laughing] **God is Great**. *Hey...*

Baraa:         *How are you?*

Mohamed:       *Sheikh Hassan...* [OV]

Baraa:         [OV] *Yes.*

Mohamed:       *Every time I listen to Sheikh Hassan I think of you.*

Baraa:         *Really?*

Mohamed:       *Really* [Laughing]

Baraa:         [UI]

21
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

| | |
|---|---|
| Mohamed: | *Really* [laughing] **Glory to God.** |
| Baraa: | *Hey man* [UI]…*Man we just came back. We became experts*, *experts.* |
| Mohamed: | *I was told about that.* **Glory to God**. *I was told about that. You were trained well,* *right?* |
| Baraa: | *Yes*! *Man, it is extraordinary.* **In the name of God, the most Merciful, the most gracious.** |
| Mohamed: | *So all that was useless, right*? |
| Baraa: | *All previous things were useless, but we feel,* **by the will of God** *we really benefited a lot.* |
| Mohamed: | **Praise be to Allah, Lord of the Universe**, *the benefits.…* [OV] |
| Baraa: | [OV][UI] |
| Mohamed: | **Praise be to Allah, Lord of the Universe**. *That is how it goes. If you're not trained to be a man, do you see?* |
| Baraa: | *Yes, yes, yes.* |
| Mohamed: | *Individuals who are real men only will…* **men**…the only survivors, *do you* *understand?* The only survivors are **men.** |
| Baraa: | *Yes that is how it goes* [UI]. *We learned everything. Listen?* |
| Mohamed: | *Yes dear.* |
| Baraa: | *What's up man? Talk about yourself*? |
| Mohamed: | *Dear, I am really…* **by the will of God; if God so wills,** *the only thing I want from you is prayer. Do you understand?* |
| Baraa: | *Consider it done. Consider it done.* |
| Mohamed: | **By the will of God; if God so wills,** *I want…and I too will* **By the will of God; if God so wills** *pray for you.* *God….prophet Mohamed*, **may peace and mercy be** |

22
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
2/26/2010 18:46

|  |  |
|---|---|
| | **upon him** _said "a brother who prays for another brother in his **absence**, meaning the prayer recipient is not present, will have his prayers **accepted**."_ |
| Baraa: | _Right! It will be **accepted**._ |
| Mohamed: | **By the will of God**, _pray for me_. **May Allah bestow his blessing upon you. By the will of God. If God so wills,** _we will sit, have tea together, and will have plenty of chats_. **By the Will of God, If God so wills,** _only pray for me, okay?_ |
| Baraa: | _Thank you very much._ |
| Mohamed: | _And I do love you for the sake of Allah, do you understand?_ |
| Baraa: | _Yes dear. [UI] Really._ |
| Mohamed: | _I swear I am not lying to you Baraa. I swear I am not lying to you; you're among few, only two, three individuals in the town that I love most._ |
| | [Automated recoding of remaining seconds] |
| Baraa: | _You're among the first_ [UI] _to ask about me, right_? |
| Mohamed: | _I swear you're among few people, about four, five people that I love most in the whole place_ [UI]. _On this side, I love many people, but you're among the people closest to my heart._ |
| Baraa: | _Really!_ |
| Mohamed: | _I swear you're among them. I love you. I love you for the sake of Allah brother. Pray for me. The calling card time is about to end._ |
| Baraa: | **By the will of God,** _I'll pray for you._ **By the will of God.** |
| Mohamed: | _Okay_. **Peace and the mercy and blessings of God be upon you.** |
| Baraa: | **Peace and the blessings of God be upon you too** _Talk to, talk to_ [UI] |
| Mohamed: | _Okay_. |
| | [End of conversation] |

23
UNCLASSIFIED

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



935 Pennsylvania Avenue, NW
Washington, D.C. 20535

File Number:

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

Source Language(s):                    Swedish/Arabic/Somali

Target Language:                       English

Source File Information    04/11/2010 20:44:13

### VERBATIM TRANSLATION

Participants:    Bille Ilias Mohamed      Mohamed
                 Ali Yassin Ahmed         Ahmed


Abbreviations:          Unintelligible                    [UI]
                        Simultaneous Conversation         [SC]
                        Phonetic                          [PH]
                        Overlapping Voices                [OV]

UNCLASSIFIED

UNCLASSIFIED

Languages:                    Swedish = Normal font
                              Somali = *Italic*
                              English = <u>Underlined</u>
                              Arabic = **Bold**


**Translator's notes:**

SAPO – Swedish Security Service

CSN – The National Board for Education

Rinkeby – a suburb in Stockholm, Sweden.

Ismail – an alias for Ali Yasin Ahmed (per his own statements)

Dawah – missionary work (spreading their religion/converting people to Islam)

Mujahedeen – holy warriors

Moga – likely to be Mogadishu

Salah/Saleh – possibly Salah/Saleh Ali Saleh Nabhan

Flying – likely refers to being dead (having departed this earth)

Mombasa – a coastal city in Kenya (east of Nairobi)

Hotel – the term "hotel" could possibly refer to a training camp, in this context

Hamar Weyne – a district in Mogadishu

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

[Dial tone] [Phone ringing]

Ahmed:          **Peace be upon you.**

Mohamed:        **Peace, blessing and mercy of God be upon you…**

Ahmed:          Brother.

Mohamed:        *Yes,* [UI] *can you hear me?*

Ahmed:          *Very well, very well.*

Mohamed:        *Yes, are you-are you*-are you busy, or?

Ahmed:          No, no, **thank God**, no, no. **Thank God** [OV] I am comfortable.

Mohamed:        It…have things calmed down, or?

Ahmed:          Yes, things are stable…it is stable.

Mohamed:        [Laughing] **God willing** [Laughing] **God willing, God willing**. I recognize your voice now, you know.

Ahmed:          **Yes,** *how are you?*

Mohamed:        **Well, thank God**, brother. **I swear**, it is only good, *brother*. **I swear**. *Brother,* it is only good, it is only good, but it is depressing. *Do you understand*?

Ahmed:          Tell me, something new, something old, news…

Mohamed:        **I swear to God**, not so much, *brother*. I met your buddies, Abdullahi and West.

Ahmed:          *Alright.*

Mohamed:        [Laughing] When Abdullahi, *first* sees me, he runs 10 kilometers away from me, he thinks I am like…do you understand?

Ahmed:          *Alright.*

Mohamed:        ==[Laughing] He thinks that saying hello to me is like saying hello to SAPO, you understand [Laughing]==

Ahmed:          [Laughing]

1
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Mohamed: | [Laughing] |
| Ahmed: | *Alright.* |
| Mohamed: | He is still at square one, where you left him. There is no change; he still wears a suit. |
| Ahmed: | *Alright.* |
| Mohamed: | Same, same suit 24, you know. |
| Ahmed: | *Are you seriours?* |
| Mohamed: | **I swear to God**, brother, the same, the same, he works at the same place, you know. |
| Ahmed: | *Is it the place-Qaran?* |
| Mohamed: | *Yes.* |
| Ahmed: | [UI] Did he quit school, or? |
| Mohamed: | *No, that is not true, brother.* He has put it down, like. You can't even talk to him for three minutes. |
| Ahmed: | *Alright.* |
| Mohamed: | He is so paranoid, like so paranoid, so paranoid; *he is looking around for about 10 times.* |
| Ahmed: | **Oh my God.** |
| Mohamed: | [Laughing] **I swear, I swear,** do you understand? |
| Ahmed; | *Hey man*, he works there now, *at the place, Bara* [PH] *Qaran.* |
| Mohamed: | *Yes, I see him at Bara* [PH] *Qaran all the time.* |
| Ahmed: | **Glory to God**, morning and evening. |
| Mohamed: | *That is the way it is*, morning and evening, **I swear to God**, *I see him with red eyes.* |

UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010 20:44:13

Ahmed:     *Yes.*

Mohamed:   Not sleeping well, **I swear**. *That is life. I am telling you, that is life.*

Ahmed:     Well, **I swear to God**. *How is West doing then? Is he also driving a taxi?*

Mohamed:   [Laughing] **God almighty,** *West yes-West and his taxi…one day-he came to me one day, you know*, but he is a little bit braver, *you understand.*

Ahmed:     *Alright.*

Mohamed:   *He said to me, "Hey, tell me-tell me about the guys." He said something like that to me.*

Ahmed:     *Alright.*

Mohamed:   *Man, I said that I looked for those guys but did not find them, you know.*

Ahmed:     *Yes.*

Mohamed:   *Those guys and I looked for but did not find each other, do you understand?* They are hard to find, *do you understand?*

Ahmed      *Right.*

Mohamed:   He just, **I swear,** *man I decided to let everything go, do you understand? All this is…all this-killing people-killing people, I see it like an injustice, do you understand?*

Ahmed:     *Yes.*

Mohamed:   *So, I know-I want-I want to have freedom-uh, uh, without blood. Like, I want people to get along without spilling blood, you know.*

Ahmed:     [Laughing]

Mohamed:   [Laughing] *I said-*

Ahmed:     [OV] [UI] way of thinking, **I swear.**

Mohamed:   [Laughing] *I said, brother-I said, brother-that thing-I said good luck with that thing.*

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

Ahmed:        *Yes.*

Mohamed:      Good luck, If, if, if you want, if you want to find that in Somalia, that there will be, you know, that there will be subway,  sky scrapers and things like that. And, and, an **infidel** and one regular Muslim walking hand in hand, good luck with that I told him, [OV] **and that is it.**

Ahmed:        *Alright.*

Mohamed:      *I told him* that life is not that simple, *I said.*  But, **God willing,** if you think that it is, that it is, **I  mean,** if you realize, you know, *that he is smart to say* that I am neither with them nor with them. I am-I just want peace no matter the cost. I told him "Allah's book"-don't you want "Allah's book"? He just yes-

Ahmed:        Yes.

Mohamed:      He was like, "Yes." But you just said that you wanted peace. He just-"*Brother, I do not know, man"* **I swear**…[laughing]

Ahmed:        [Laughing]

Mohamed:      [UI] He was a little-he was a little... [OV]

Ahmed:        He is a little confused. Is he still driving a taxi?

Mohamed:      *Yes,* he is still a taxi, *yes.* He is still chilling with his taxi, you know. So **I swear to God** here, here, I have been thinking, brother. I have been thinking everyday and I swear, brother, I have been thinking of what a comfortable life I had, you understand.

Ahmed:        **Yes, yes, yes** [laughing]

Mohamed:      That the only thing that I used to worry about was…Hudeifa and I used to say…"should we eat at home or should we go to Furqan [PH], or [UI]". Do you understand? [Laughing] That is, that is what Hudeifa and I used to worry about, do you understand? If we were going to eat at home…*Now-I received an* invoice, *brother*; that the Collection Agency *is looking for me and* CSN *is looking for* me [laughing]

Ahmed:        [Laughing] **There is no God but Allah.**

Mohamed:      **I swear to God**, **I swear** *brother. Brother, I pray to Allah,* **God almighty** that does not allow you to ever come back; never, never. I-I hope that you will not

4
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

|  |  |
|---|---|
|  | succeed to come back; even if you want to come back I hope that Allah will not make it easy for you, *do you understand?* |
| Ahmed: | Amen, amen. |
| Mohamed: | For that reason, **I swear to God** my brother [OV]- |
| Ahmed: | [UI] *you know.* |
| Mohamed: | *Yes, brother. Brother, I am telling you, get his blessings, that God does not put love for this country in your heart, do you understand?* |
| Ahmed: | **Yes**, *I swear you are right.* |
| Mohamed: | *Brother,* **I swear to God,** brother you can call me whenever you want, **I swear.** I swear, I will do my outmost, my outmost to get you what you want, so that you stay there, *do you understand?* |
| Ahmed: | **Yes, yes, yes.** |
| Mohamed: | It is, it is better, *since I have come here*, it is better that I-I arrange-I try to arrange *what*…**and that is**. I try to arrange what you want and that you come back here or that you try to fix it yourselves. I swear to God that if you ask me, Ilias, try to come up with $10,000, I swear to God, I will make my outmost to obtain it if that is going to make you stay, *do you understand?* |
| Ahmed: | *Right, right, right.* |
| Mohamed: | **I swear**, my brothers, **I swear.** I am telling you, I have realized that I feel fucked up here; uh, uh, a black sheep amongst a 1000 white sheep, do you understand? |
| Ahmed: | *Yes*, I know. **I swear, I swear** [UI] [OV] |
| Mohamed: | Nobody thinks like I do, nobody thinks like I do. Nobody is seeing the same angle, [UI] they cannot understand, *do you understand? Because they did not go there, do you understand?* |
| Ahmed: | *They are not here.* |
| Mohamed: | *Yes, they are not there. What I saw-they cannot see what I have seen. Now Mohamed Idiris [PH] is at the mosque. I am in* Rinkeby *now and Mohamed Idris is giving a lecture here.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Ahmed: | *Alright.* |
| Mohamed: | **I swear,** *you would be surprised about what he is saying,* **I swear, I swear,** *you would not believe that a Muslim can talk like this. Who do they think they are? Last night he was collecting money, you know.* |
| Ahmed: | *I swear to God.* |
| Mohamed: | **I swear to God**, *he was collecting money-collecting for the orphans. He took some pictures in Mogadishu; he said look-look at the blood being spilled; hey look, he was showing the pictures in the mosque-it is inside the mosque that he is doing all of this; they brought a big* [UI] *inside the mosque* [UI]. *They show people…* |
| Ahmed: | **I swear**, the thing is, the brother, do you, do you know why-why he is not showing mercy, *you know, mercy...* [OV] |
| Mohamed: | [SC] **Peace be upon you** [SC]. *Yes.* |
| Ahmed: | *God took away the feeling of mercy from these men,* **brother**. It is because they are Muslims [**Arabic**] Muslims [**Arabic**] *did you see.* |
| Mohamed: | **Allaaah** |
| Ahmed: | [OV] **I swear, I swear, brother. I swear** [OV], *look* [UI], *you understand,* **brother.** |
| Mohamed: | *Right.* |
| Ahmed: | All these **clerics, I swear to God,** *the worst is Sheikh Omar*, brother. Do you know, he has skyscrapers, he has those houses, he has a shopping center, all of those things, brother. *It is so-these men,* they are living in [UI], they have money, do you know what I mean. |
| Mohamed: | **God almighty.** *Hey, this* [OV] *if he just use this...* [OV] |
| Ahmed: | **Brother,** *look,* I am going to show the shopping center…he is working *at the* **conference, brother.** |
| Mohamed: | *Right.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

Ahmed:      [OV] [UI] will see, **I swear,** if-if every sheikh who comes will not receive at least two or three paper-American dollars for one **conference**, *my name is not Ismail,* **brother.** You will get to see it as well.

Mohamed:   *They would not even come, you know, they would not even come,* they would boycott.

Ahmed:     *They would not come, they would not,* **brother.** *They talk about dawah-dawah,* brother…they live-they live off **God almighty** and [people's] faith, **brother.** *They will receive* 2,000 or 3,000 *to come to the* **conference**; [UI] they receive 2,000 or 3,000 to go to England; they go to…*that is it. They will organize seven to eight, what do you say, conferences,* and so I mean, they have their money for the entire year, do you understand what I mean?

Mohamed:   *I,* recently, in-in September, *when-*wait in November, when-when I was over there, he travelled-Yahya and I [OV], we-we heard that he was in Tanza- Zambia and South Africa.

Ahmed:     *Yes.*

Mohamed:   **I swear to God,** he took a trip around the world, **I swear to God**, a trip around the world.

Ahmed:     **In the name of God,** *do you know what is the worst for me is...* what scares me the most, *you know,* and all the past 10 years, *you know,* **brother,** 15 years in Somalia, *you know-*

Mohamed:   *Right.*

Ahmed:     *-every day they keep saying, what do you say, orphans-orphans*, brother how many, **I swear,** orphans who have not have received a piece, brother, **I swear to God**, from here to Dhoobley, do you understand?

Mohamed:   *Right.*

Ahmed:     *And they keep saying* [UI] *orphans, orphans*…if they are really serious [UI] after all these years, *the amount of money reached a million...*so then what happened to the money, **brother**?

Mohamed:   **Oh my God,** *the worst for me is I do not care much for the orphans, do you understand*? **God almightly,** *made them orphans, do you understand? Only God* can decide their situation, *but what is important to me...do you know what he is*

7
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

> *saying?* **I swear,** *you will be shocked by what he is saying, he is saying "Are they the same"? He quotes surahs* [**Arabic**]. *So he says "Are a man who walks on his head and one who walks on his feet-one who walks on his head and one who walks on his feet the same?" The answer is no. He said these people who are exterminating people are walking on their heads. They want people to follow them, although they are walking on their heads. Would you hand yourself over to people who walk on their heads? If somebody who walks on his head asks you to come and walk on your head, would you do it?* **I swear,** *he is insulting the mujahedeen like this,* **I swear to God.** *Over there* [OV]

Ahmed:     [OV] [UI] how is it [OV]

Mohamed:   **I swear,** I decided now-I want to talk to Abdi Dahir, you understand. I have tried-tried to tolerate , *this head-brother I want to say to* Abdi Dahir "can you"...*They are in charge of the mosque, you know; he teaches classes, I want to tell him,* please, can I talk to him privately *in a room, you know.*

Ahmed:     *Yes,* **there is no God but Allah and Mohamed is his prophet.**

Mohamed:   *I want to tell him why this-sheikh why-why...I will tell him that I came from Somalia and visited the area they control. Did you go to the country and see with your own eyes before insulting those people?*

Ahmed:     **There is no God but Allah and Mohamed is his prophet**. **I swear,** brother [UI] [OV]

Mohamed:   **I swear,** *that is where he stands, brother.*

Ahmed:     *After I put the table cloth underneath the table, you know,* **brother;** *instead of* [UI] *taking it down, you know.*

Mohamed:   *Right.*

Ahmed:     The brothers had welcomed with warm hands, *but you know what it is,* if they are really serious *the time, you know, of the unrest.*

Mohamed:   *Right.*

Ahmed:     They used to come here; *and they used to say things;* sheik Umal and all the others who came; *now that God has given us the victory, how about* from Dhoobley to the whole-to half-half of Mogadishu *they do not come* [OV] if they are really serious [OV]

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Mohamed: | [Laughing] *what do you think? He does not like to be uncomfortable* [OV]*, he does not like to be uncomfortable. He wants to have a fan, do you understand?* He wants to have-*he wants to have a fan; he wants to have* comfortable food, *he wants a place with tiles where his clothes will not get dusty.* Do you understand? |
| Ahmed: | *Yes, no, I mean* if they are really serious, *at one time the robbers used to come, but now they do not come anymore.* They come to check out the situation, *to tell people something; so and so; and you people must change, do you understand?* |
| Mohamed: | *Right.* |
| Ahmed: | *You see,* they come *to Djibouti and Puntland and then they run away.* They put down their [UI], brother, in order to visit one. |
| Mohamed: | **Oh my God, I swear** [OV] |
| Ahmed: | [OV] **I swear,** because they do not know, **I swear to God-I swear**, *it is amazing,* **I swear.** |
| Mohamed: | *Brother, man,* may Allah guide them, if he wants *blessings* with these, may Allah guide them, otherwise, **I swear,** may Allah fi-fight against them. Because of the way they are talking- [OV] |
| Ahmed: | **I swear**-[OV] |
| Mohamed: | -It is a [UI] [OV] |
| Ahmed: | [OV] do you know Sheikh Salim [PH] [UI], **brother**? |
| Mohamed: | No. |
| Ahmed: | You have heard of him, *right?* |
| Mohamed: | *Yes-yes,* Qasali [PH]. |
| Ahmed: | Yes, *yes, do you mean Qasali* [PH] |
| Mohamed: | *Whom do you say he is? Imam, what?* |
| Ahmed: | Sheikh Salim [PH] [UI], Sheikh Salim [PH], Sheik Salim [PH]. |
| Mohamed: | *Very well-very well.* |

9
UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

Ahmed:          *You have heard of him, right?* You have heard [UI] where he is now.

Mohamed:     No.

Ahmed:          Yes, brother [UI], **God willing**. We hope that he flies, **God willing.**

Mohamed:     *Brother, what happened?*

Ahmed:           Aah [UI], come on now, I thought that you know-you knew about it, *I thought.*

Mohamed:     *Brother,* Sheik Salim [PH]

Ahmed:          *Yes,* **God almightly.** It must have been, what is it, it may have been three weeks ago. Four, uh, almost one-three weeks have passed now.

Mohamed:     What-what was it in Moga, or-or the other, where-where Hudeifa *went*?

Ahmed:          *Yes, yes, yes.* It is, *yes,* it is Moga, it is Moga. [UI] [OV]

Mohamed:     [OV] Allah.

Ahmed:          ==[OV] *He and Salah-Salah-Salah* [UI] [OV]==

Mohamed:     ==[OV] *Is it Salah, the Kenyan?*==

Ahmed:          ==*Oh yes,* **I swear to God,** brother, **I swear,** he is really- [OV]==

Mohamed:     ==**God almighty.** *Are Sheikh Salim and Salah gone?*==

Ahmed:          ==*They are gone. The two of them were friends, you know,* **I swear to God** [laughing]==

Mohamed:     **God is great-God-** *and Mohamed Mo-and Mohamed Mohajir* [PH] *also,* **the Minister of War;** *I saw it on the Internet.*

Ahmed:          *The Minister of War—he, he* [UI], *or?*

Mohamed:     *Do you not remember* Mohamed Mohajir [PH], Mohamed Abu Hamza?

Ahmed:          *Yes, yes,* [OV]

Mohamed:     *Do you not remember Abu Hamza, with the glasses?*

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

Ahmed:       *Yes, I know him. But he*-it is-you know-the one-*if-those other places where the man used to go...*

Mohamed:     *Yes, very well-very well, the cemetery, you know* [OV]

Ahmed:       [OV[ [UI] It was three weeks ago-it was three weeks ago, *yes.*

Mohamed:     *Was it* three weeks ago *for Sheikh Salim?* [OV]

Ahmed:       [OV] Salah [UI] *may God bless him.*

Mohamed:     *Very well.*

Ahmed:       Salah, this brother…*I am telling you. All the time we were away, all the time we were at that place, Sheikh and I, and all those things-*

Mohamed:     [OV] *Right, right.*

Ahmed:       Four-three and a half months, almost four months he sat in intensive for [UI] *what do you say-he did not leave that place, up* where he used to be.

Mohamed:     Allaaah [OV]

Ahmed:       He used to be in the kitc-he used to be in the kitchen [OV]

Mohamed:     [OV] Allaaah [OV]

Ahmed:       [OV] Nothing else, he used to be only in the kitchen [UI], brother. He *and another brother*. They used to just laugh. Where are you going? You are going home, *he says,* eat, *and what do you say,* sleep. You are getting all of that here anyway, *he says.* Why do you have to run home, *do you understand?*

Mohamed:     [OV] **God is great** [OV]

Ahmed:       [OV] [UI] Four and a half months- [OV]

Mohamed:     [OV] **God is great [OV]**

Ahmed:       [OV] **I swear,** brother. Uh…There is a sheikh, *do you know-the sheikh called Abu Dabil* [PH], *do you understand-*

Mohamed:     *Dulyadeen?*

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Ahmed: | *No, no, no, never mind Dabil* [PH]. There is another sheikh, he is coming now, *do you understand? It is the* coast. *He is one of the men from the* coast, *do you understand?* |
| Mohamed: | *Is he Somali?* |
| Ahmed: | No, brother, **I swear-***yes* He is *one of the men from the* coast, *he is from Mombasa, you know.* |
| Mohamed: | *Yes, yes, very well-very well.* |
| Ahmed: | Uh, he is a sheikh, **praise the lord**. When they come to [UI], *do you understand? It is* [OV] |
| Mohamed: | [OV] **Praise the lord** [OV] *Is he one of the people who came after me?* |
| Ahmed: | [OV] [UI] dreaming about him. *Yes, this sheikh came after you…* are dreaming about him. |
| Mohamed: | About Salah? |
| Ahmed: | [OV] Yes, they are talking to him in their dreams. Yes, they talk to him in their dreams. He is like "What is going on? Tell me where you are?" He is like, "Sheikh, I am-I am in [UI], sheikh." |
| Mohamed: | **God is great** [OV] **God is great.** |
| Ahmed: | [OV] **I swear,** *amazing.* |
| Mohamed: | **God almighty,** *brother,* **God almighty.** *Even* Sheikh Salim*?* **My God,** Sheikh Salim *is*…he is irrepl-it is not possible to replace Sheikh Salim. |
| Ahmed: | **My brother-my brother.** Believe me, brother. I know, brother. I was with him at the same place for three-three months, brother. He taught us for three months, *what do you say,* **[two books/religious classes from the Koran in Arabic]**, *you know* **[one book/religious class from the Koran in Arabic]**, *you know.* |
| Mohamed: | *Right.* **Oh my God.** Irrepl- [OV] it is not possible to replace *that man.* **Oh my God.** Uh-uh, *so when-this hotel-when-when-when this hotel-so now I heard that this hotel was closed* [OV] |
| Ahmed: | [OV] *Yes, yes, yes, it was when one was on the way to the hotel.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| Mohamed: | *Was it then, right?* |
|---|---|

Ahmed:    *Yes, the time* when the big tank came out, like that-

Mohamed:  *Right.*

Ahmed:    *-but it is so that,* unfortunately, *what do you say,* they took-*they took the two of them, you know.*

Mohamed:  *They took back the hotel now, right?*

Ahmed:    *No-no-no-no-no,* they are-*they left-they left; now there are people at the hotel, but, what do you say,* unfortunately they came, they took *the men-they took the two of them.*

Mohamed:  *Yes-yes-yes, right* [OV]

Ahmed:    ==Salim…[OV] the sheikh, *what do you say,* the sheik got it-got it in the forehead.==

Mohamed:  ==Okay.== And-and Salah? [OV]

Ahmed:    ==[OV] It was a brother…[OV] Salah- *was it to the heart*? *But they said* Salah, it was not even two seconds, *they said,* **I swear,** and the next second poof [PH] he was psheew [PH]==

Mohamed:  ==Allah, [OV] Allah what a ticket, what a ticket, what a ticket. **There is no God but Allah.** [OV] **I swear,** *brother, this makes me* [UI] **I swear.**==

Ahmed:    *Life, you know,* look at *these clerics,* brother…[UI] he [UI] who sit and [UI] four women and money, counting money…*he is talking about orphans, here is this sheikh who is famous,* brother, *the women-*look [OV]

Mohamed:  Allah, *there goes the reputation* [OV] [laughing]

Ahmed:    They dragged his body *in, what do you call it, Hamar Weyne, but* **God willing,** *do you understand?*

Mohamed:  *Did they take* the body *like Ogleh* [PH]-*what did they do*? Uhm [OV]

Ahmed:    *But it was not possible to post it on the Internet so they did not post it on the Internet.*

Mohamed:  Okay-okay.

13
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13


Ahmed:     *But* they took it away-they think he received…he heard [UI] *you know*-they said-*they are saying that a lot of people two clans* were fighting with him and they said *a lot of people said protect us from him* and-and we will not release him. And so it ended up with them burning his body [UI]

Mohamed:   **God willing, if God allows,** the revenge will come, **God willing, if God allows.**

Ahmed:     **Yes, yes**...[OV]

Mohamed:   **God is great**.

Ahmed:     [UI]

Mohamed:   Allah! *Brother, what else is new? Tell me. What else is new? Man, tell me-man, tell me.* **God almighty.**

Ahmed:     [UI]

Mohamed:   *What? Where are those men? Where is that old man? Baraa and Zubeyr are there, are they not?*

Ahmed:     *They are here.* [UI] *it is-it is* **thank God, I swear.** I do not know, *a man, people used to say he is* [UI] people.

Mohamed:   *Yes.*

Ahmed:     *Was there a situation between you and them about those* [UI] *men*...[UI] [OV]

Mohamed:   *There is-there is, yes.*

Ahmed:     *Yes, yes, to those men-there was-if they said only* two or seven or eight *people who are trouble makers. You see if* [UI], *you see.*

Mohamed:   *Alright.*

Ahmed:     *So, you know, it like two or three people* who tried to slip away. *Now it is* [UI], *do you understand?*

Mohamed:   *Alright.*

Ahmed:     [UI] [OV]

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Mohamed: | *All of them?* |
| Ahmed: | [OV] [UI] *No, there were three and seven are…*they put-they put one on the shelf. *Some are saying we are going to report our wives', some are saying our families.* |
| Mohamed: | <u>Okay, okay.</u> **In the name of God.** [OV] |
| Ahmed: | [UI] *There are about four or five, do you understand?* [OV] |
| Mohamed: | *Yes, very much so. I know those friends very well-very well.* |
| Ahmed: | *Yes, yes. It is not only those guys,* Hudeifa, **I swear, thank God, I swear,** the brother is doing well, **I swear to God.** |
| Mohamed: | *The old guy, Hudeifa, he is having a good time.* |
| Ahmed: | *Hudeifa is there, together with* [UI], *Sufian and a guy by the name of Shueb; they are all there together.* |
| Mohamed: | *The Shueb who-that Shueb who came after me; the Shueb with the gap between his teeth?* |
| Ahmed: | *Yes, that Shueb; yes.* |
| Mohamed: | *Right. Brother, did they all go-they went to the graveyard, right?* |
| Ahmed: | [UI] *Yes, they are at the graveyard.* They are doing fine there [UI]. *They are saying,* **God willing,** *may Allah release us.* |
| Mohamed: | **God is great, God is great** [OV] |
| Ahmed: | [OV] Will soon go down again. Are [UI] going down there for six months again? |
| Mohamed: | *What did you say brother?* |
| Ahmed: | Hudeifas wife…she is…is she six months something? |
| Mohamed: | Six months? |
| Ahmed: | *Yes, in those places* [UI] |
| Mohamed: | *Does he want to stay there for* six months? |

15
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13


Ahmed:          No, no, no, his wife, his wife, his wife.

Mohamed:        Yes, is she six months now?

Ahmed:          The child, yes, the child is on its way soon, hopefully, **God willing.**

Mohamed:        **God is great, God is great,** *Zubeir also-he also-does he not-he also* [UI]

Ahmed:          No, I heard about a miscarriage, *but* there is nothing, nothing new now.

Mohamed:        <u>Okay, okay, okay.</u> **God willing,** I promised-I promised-I promised you last time
                that I would put together-get some things together. *Do you understand?*

Ahmed:          [UI]

Mohamed:        It has been…things have been a bit slow with the brothers here, *so,* new things
                have come up, *you know, new things that they told me-new things that have come
                up that they told me about*, but, uh…

Ahmed:          *Right.*

Mohamed:        *So-so they said* we cannot give you anything now these-these months, you know.
                When you know, we are going to perhaps move next month, *so, anyway…when
                do you want to take care of you stuff?*

Ahmed:          *So why do you not talk to those old guys; those guys,* the Arabs?

Mohamed:        *What?*

Ahmed:          *Did you talk to the Arabs?*

Mohamed:        *No, I did not go to see the Arabs. My brother went to see them; do you
                understand?*

Ahmed:          *Yes-yes-yes-yes* [noise] **God willing** [noise] [UI] *I and they do not have a
                problem*, it is not a problem, brother. I have-I will…I will share with the family.
                Do not worry about it.

Mohamed:        No, but…*alright,* I thought *let Hudeifa's wife come back, you understand; he
                went to get her.*

Ahmed:          *Yes.*

16

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13


Mohamed:    I thought I would give her something…because he is gone…I thought-*you understand, a little*…because things can happen; she is pregnant and alone, *you understand;* she might need things, *do you understand?*

Ahmed:      *Yes,* Hudeifa's family.

Mohamed:    Yes, Hudeifa's woman; Hudeifa's wife. So I thought, **God willing,** I thought I would give her $ 50 per month, *you understand.*

Ahmed:      ***Yes, yes, yes, yes.***

Mohamed:    Only to her, and…

Ahmed:      *Yes, yes.*

Mohamed:    Do you understand what I mean? And then you guys, *when you also need something, everything together*…you tell me and then…uh…I will-I will go to the guys *and then all your stuff together, you understand.*

Ahmed:      **Yes-yes-yes-yes,** no problem, **God willing.**

Mohamed:    [OV] *When he called me-after you spoke to him-when he called, he told me he spoke with the old guy-when he called. Uh…*

Ahmed:      *Alright.*

Mohamed:    *When-when I called him, his telephone-I do not know, was turned off;* it was not possible *because he is in the bushes, as I believe and as you were told.*

Ahmed:      *Yes, yes, yes, yes* [OV] [UI] yes, yes.

Mohamed:    *So you tell him-you tell him the man has said,* **God willing,** *starting at the end of the current month*; I will give $50 to his-to his, uh, what is it called, what is it called, woman. And I will write it on you-*you*; do you understand what I mean?

Ahmed:      **Yes, yes, yes, yes.**

Mohamed:    And then you withdraw and give it-give it to her every month, **God willing.**

Ahmed:      **God willing-God willing.**

Mohamed:    If there is anything else he wants to say let him tell you and you-**God willing.**

17
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Ahmed: | No problem, **God willing,** no problem [OV] |
| Mohamed: | [OV] *Tell me about Mustafa; is Mustafa-Mustafa well? Is he okay?* I really miss that guy as well. |
| Ahmed: | [OV] *Mustafa is well. We were together;* we are running around [UI] |
| Mohamed: | <u>Okay.</u> *So you are in Moga, right?* |
| Ahmed: | *Yes-yes-yes-yes* [UI] [OV] |
| Mohamed: | [OV] *You were tasked with everything, right?* |
| Ahmed: | *Yes, Mustafa was there.* So we-we helped him, Zubeyr, Baraa, *and I, you know.* |
| Mohamed: | <u>Okay.</u> **God willing-God willing-God willing.** |
| Ahmed: | [OV] [UI] *Sometimes we are running around looking for stuff.* |
| Mohamed: | *Very much so, very much so, very much so, very much so.* Otherwise, *what else, what else, what else?* How does it look- [OV] |
| Ahmed: | **In the name of God,** *what did you say?* |
| Mohamed: | -anyway, how do things look like in Mogadishu? |
| Ahmed: | **I swear to God,** the situation is stable, **I swear to God.** It is stable, **I swear to God,** I swear, there is not much to tell. [OV] |
| Mohamed: | Do they-do they have something going on, or what? *Are these guys* planning something? |
| Ahmed: | **I swear to God**…[OV] |
| Mohamed: | *Or are they just bragging about everything? They are all about bragging* [OV] |
| Ahmed: | No, no, things are looking slow, *you know. They had a dispute.* He is doing it because their leader-he is responsible for-*what do you say*-for these-*what do you say*-they said-*what do you say-he was arrested*; that he sat in his cell and his-his friends-*what do you say*-who were there, they, *you know,* protested; they-they went back, *you know* [UI] [OV]. *Be aware of this situation; that kind of situation.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13

| | |
|---|---|
| Mohamed: | *Yes, I understand.* |
| Ahmed: | [UI] *the boys, sometimes, get into a fight with each other.* [UI] [OV] |
| Mohamed: | **Thank God, lord of all creation.** |
| Ahmed: | *So may God make them turn on each other,* **God willing** [OV] |
| Mohamed: | **Thank God, lord of all creation.** *May God make them all turn on each other.* |
| Ahmed: | *Amen, amen.* **I swear** [UI] *the brothers are eating and are doing well, and they are…* [OV] |
| Mohamed: | **God is great. Thank God, lord of all creation. I swear, I swear, I swear-thank God.** Brother, *I,* **swear to God,** *my things,* like I said, **God willing,** I will-I will-I will keep things brief from now on, *do you understand?* |
| Ahmed: | **Yes, yes, yes, yes** [UI] [OV] |
| Mohamed: | *What brother?* |
| Ahmed: | *Those pigs-those pigs-tell me about those pigs,* those pigs. |
| Mohamed: | *Brother,* until now *I do not have anything, do you understand?* |
| Ahmed: | *Yes.* |
| Mohamed: | *Until now, they have not said anything-they have not asked me anything-anything I have seen-I have seen something, do you understand?* |
| Ahmed: | *Yes.* |
| Mohamed: | *But I know what-*they are keeping an eye, *do you understand*? *They are watching me very carefully, do you understand?* |
| Ahmed: | *Yes, yes, yes.* |
| Mohamed: | *So, it is another problem, now that this man has come back, do you understand? Now, this man-now this man, who…* [OV] |
| Ahmed: | *The old  man…* [OV] |
| Mohamed: | *The old man-the old man-the old man-the old man has been searched, you know.* |

19

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
04/11/2010  20:44:13


Ahmed:  *Go on.*

Mohamed:  *Someone now-I got information-the man-when he arrived-he was hospitalized-he was put in the hospital.*

Ahmed:  *Yes.*

Mohamed:  *Then he was examined. Now, they said-I was told yesterday, or was it the day before yesterday I was told that they did not find anything-they did not find a disease.*

Ahmed:  *Alright.*

Mohamed:  *So now,* it is looking a little murky. I know-I wonder what he will say, *the fact,* what reason-based on what reason, *do you understand?* On which basis.

Ahmed:  *Yes.* He is in the hospital, *is he not?*

Mohamed:  *What?*

Ahmed:  He is in the hospital.

Mohamed:  He is not-he does not want…

Ahmed:  He was in the hosp-hospital, *is he not?* [UI]

Mohamed:  Uh, he had, besides, **I mean**-he was a little, like, underweight…

[End of conversation]

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



935 Pennsylvania Avenue, NW
Washington, D.C. 20535

File Number:

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

Source Language(s):          Swedish/Somali/Arabic

Target Language:             English

Source File Information    05/02/2010  15:12

VERBATIM TRANSLATION

| Participants: | Bille Ilias Mohamed | Mohamed |
|---|---|---|
| | Ali Yassin Ahmed | Ahmed |

| Abbreviations: | Unintelligible | [UI] |
|---|---|---|
| | Simultaneous Conversation | [SC] |
| | Phonetic | [PH] |
| | Overlapping Voices | [OV] |

UNCLASSIFIED

UNCLASSIFIED

Languages:                         Swedish = Normal font
                                   Somali = *Italic*
                                   English = <u>Underlined</u>
                                   Arabic = **Bold**


**Translator's notes:**

Dabka – Section of the Hodan district in Mogadishu

Hudeifa – Mohamed Yusuf

Atosh – Osman Yassin

Husby – A district in Rinkeby-Kista borough in Stockholm, Sweden.

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

|  |  |
|---|---|
| | [Phone ringing] |
| Ahmed: | **Peace be upon you.** |
| Mohamed: | **Peace and God's blessings be upon you.** |
| Ahmed: | **My dear brother,** I was just thinking about you, **I swear.** I was working on the flash *now*-missed call. How are things going? |
| Mohamed: | **Praise be to God**, **dear brother.** Everything is just fine. How about you? |
| Ahmed: | **God almighty,** *I saw that you called last night, but my phone was in the silent mode, you know.* |
| Mohamed: | *And when you called back I had removed the card, you know.* |
| Ahmed: | *Yes* [UI] how is everything else? |
| Mohamed: | **Thank God almighty,** it is just **fine,** as usual; **thank God.** How is it-how are things going for you over there? |
| Ahmed: | It is good, **thank God almighty.** I was a little [UI], today, you know…*what do you say*-I was at a wedding, but… |
| Mohamed: | *Alright?* |
| Ahmed: | **Thank God,** it was a little stressful, but, **thank God,** it went well-uh…*look!* |
| Mohamed: | *What?* |
| Ahmed: | *I tried to send you a message twice, but it did not work. It just notified me that the Message I sent could not be delivered, and said to* try again later. *I sent it twice, but* it did not work. |
| Mohamed: | Yes, I know. There is something strange. *I never get the messages sent to me.* I do not know why. It is not possible. Many have tried [OV] |
| Ahmed: | *Yes*, that must be why, *yes.* |
| Mohamed: | *Yes.* |
| Ahmed: | Otherwise, do you know-do you know what you can do? |

1
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12


Mohamed:    *Yes.*

Ahmed:      Uh, *what do you say-you know,* Abas [PH]…

Mohamed:    *Yes, I was just about to tell you so. Yes, go on.*

Ahmed:      Abas, Abas [PH] he knows, *what do you say,* how to do it, *you know* [OV]

Mohamed:    He knows the trick. *I got it,* **God almighty.** *Alright-alright.* <u>Okay</u>, I understand.

Ahmed:      *Go to him.* He-he will try…

Mohamed:    [OV] He fixes things.

Ahmed:      He fixes all kind of things of that nature.

Mohamed:    *Yes,* **God almighty.** *It is alright. I will do that. Listen up.*

Ahmed:      *Yes?*

Mohamed:    *I was thinking to add fifty more, you know. I love* this-this brother, Baraa [PH], *you know.*

Ahmed:      *Very much so-very much so.*

Mohamed:    And I do not know-I do not know what his, *what do you say,* Zubeir [PH], really, Zubeir [PH] as well. But I was thinking about sending this fifty-I was personally thinking about, *you know,* to Baraa [PH] [OV]

Ahmed:      *But,* **I swear,** *what do you say,* **he-he,** *what do you say-what do you say,* you know, *what do you say,* these-this brother, it-it, he has a family, *you know.* And they give to him now and then, *you know.*

Mohamed:    *Are you talking about* Zubeir [PH]?

Ahmed:      *Yes, yes, yes, but-* [OV]

Mohamed:    **God almighty.**

Ahmed:      -I know, I know, his father sometimes, *what do you say,* complains, you know. He is in Africa, you know. And he says [OV]

2
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

| | |
|---|---|
| Mohamed: | *Yes,* I know, I know, I know. |
| Ahmed: | -[OV] [UI] strange, I did not count on it, like that, you know. |
| Mohamed: | *Yes, man-I swear, man,* I think about him a lot, **I swear.** So, **God willing,** I will send it, **God willing**. *He-* and then you will take care of him that way, **God willing.** |
| Ahmed: | **Yes, yes.** We-I will give it to him. That is not a problem, **brother**. |
| Mohamed: | **May God reward you-may God reward you.** *Do you have any news?* |
| Ahmed: | **Thanks to God, I swear,** there is not much, **I swear.** It is-it is stable [UI]. I was-I was at his place yesterday, *you know,* when things went off. |
| Mohamed: | *Right.* How is it looking? [OV]. *I heard that the Mosque is a three-story building*, if I remember it correctly, *you know.* |
| Ahmed: | The Mosque is a three-story building [OV] |
| Mohamed: | *Was it not?* Exactly. |
| Ahmed: | *Yes,* but [UI] there [UI] yesterday [UI] when I was walking by there. There was [UI], brother. The sheikh [UI] he was there giving a speech [UI] |
| Mohamed: | Allah, **God almighty.** |
| Ahmed: | He was brave, **I swear;** he was brave, **God almighty,** the Sheikh, **I swear, God almighty, I swear, I swear.** |
| Mohamed: | May Allah protect him. He was really brave, **I swear.** |
| Ahmed: | Another Sheikh also, *how do you say,* [UI] he cried, **God almighty** [UI] |
| Mohamed: | **Yes, God almighty.** |
| Ahmed: | **Yes, yes, yes, yes, yes, yes.** *I was with* brother *Zubeir* [PH] *just now, you know.* |
| Mohamed: | *What?* |
| Ahmed: | Zubeir, Zubeir, Zubeir [PH]. He said hell-hello. He was asking, "what had happened with that brother"? *He said to tell you that* we miss you and *that we need you here.* |

3
UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

| | |
|---|---|
| Mohamed: | **Oh my God** [Laughing], **are you serious? I swear,** sometimes-sometimes I am out biking, **I swear.** |
| Ahmed: | **Yes, yes.** |
| Mohamed: | **I swear**, there is so much love [UI], **God almighty.** I tell the brothers…I tell you, I feel like-I feel like I am a piece of a single piece of hair on a-a black piece of hair on a white ox, do you understand? |
| Ahmed: | *Yes*, white-white, exactly, *yes.* |
| Mohamed: | *I swear*, *brother*, I feel really alone and like I am some sort of an alien here, you know. *People and I do not understand each other.* When I say right *they go* left. *Do you understand?* |
| Ahmed: | *Yes*, very much so, very much so, yes. |
| Mohamed: | *But I pray to God…I beg you, brother, tell this to* Zubeir [PH] and Baraa [PH] *as well, that all I want from them is prayer,* including you as well. |
| Ahmed: | *Right, right, right.* **Yes, yes, yes. God willing-God willing.** |
| Mohamed: | ==[OV] I-I-I have spoken [OV], I have spoken with Yahye [PH], *do you understand?*== |
| Ahmed: | *Yes.* |
| Mohamed: | *So,* he can-you can talk to him about this in more detail, because my phone will soon be breaking up [UI] |
| Ahmed: | Hello? |
| Mohamed: | *Can you hear me*? |
| Ahmed: | Hello? |
| Mohamed: | Hello? |
| Ahmed: | You are disappearing. I cannot hear you, brother. |
| Mohamed: | *Yes*, *it is the line, you know. I am at work now.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

| | |
|---|---|
| Ahmed: | *Yes, now-now-now, I can hear you,* **God almighty,** *I can hear you very well,* **God almighty.** |
| Mohamed: | *I have spoken with* Yahye [PH], *you know.* |
| Ahmed: | *Make it clear to him*, I will be more detailed [UI] |
| Mohamed: | *Yes,* **God willing** [UI] |
| Ahmed: | No problems, **God willing.** *May God make it easy for you. We will pray for you. And, you must,* **God willing,** *you must…I swear, this time, you see…So, man, there is nothing else to say…it is-***God almighty, brother**…By the way, Fowsan [PH]-*do you know* Fowsan [PH]? Hello? |
| Mohamed: | *Yes, yes.* |
| Ahmed: | Brother. |
| Mohamed: | <mark>*I can hear you,* Fowsan [PH], *yes; what happened to him?*</mark> |
| Ahmed: | <mark>Fowsan [PH] [noise] he flew. He is-he went away yesterday, brother.</mark> |
| Mohamed: | <mark>*So what happened to him?*</mark> |
| Ahmed: | *Yes,* brother. *Yesterday, yesterday, yesterday, a little,* brother… He went away yesterday, brother. |
| Mohamed: | [Laughing] **Praise the lord.** |
| Ahmed: | **I swear-I swear,** brother. I was [OV] with him on Friday. **I swear,** I spent time with him the whole week, *do you understand?* |
| Mohamed: | *That is amazing-that is amazing! Go on.* |
| Ahmed: | Brother, **I swear, God almighty,** *there was a big party at that place-*Dabka [PH], *do you understand?* |
| Mohamed: | <mark>*Right,* [OV], *there was a party; the man married.* **God almighty-God almighty,** *may God allow us to follow his wedding.*</mark> |
| Ahmed: | <mark>Do you know Ibrahim Sudani [PH]?</mark> |

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

Mohamed:     *Yes, quite well. He married too…* [OV]

Ahmed:     [OV] they kissed him. They kissed him on the head, brother, **God almighty.**

Mohamed:     **God almighty-God almighty-God almighty.** *But Ibrahim Sudani* [PH] *is still there, right?*

Ahmed:     *Yes, he is there-he is there.* He only received a quick kiss.

Mohamed:     **Yes-yes-yes-yes-yes.** Allah-**praise the lord.**

Ahmed:     [UI] **I swear** [UI]

Mohamed:     Man, **I swear,** *I believe that I will not see a person I know when I come back, if God makes it easy for me.*

Ahmed:     Say *a prayer,* **I swear** [UI]

Mohamed:     Hudeifa [PH] *told me to pray for him; he told me so, you know.*

Ahmed:     *Yes, yes.*

Mohamed:     *He told me to pray for him. I said the stuff-he said to pray for him that God allows him to marry. I told him may God allow you to marry but may God not allow you to marry now. I said may God allow us to marry at the same time when I come.*

Ahmed:     [Laughing]

Mohamed:     *He said that I was mean* [laughing]

Ahmed:     [Laughing] [OV]

Mohamed:     *I told him that I wanted to see him before he got married; and to wait so we can get married together. So stop the prayer for a little while.*

Ahmed:     *Yes, yes.*

Mohamed:     *Yes,* **God almighty,** *may God protect us, guys; may God protect us.* I am at work now, *do you understand?*

Ahmed:     *Yes, yes* [UI]

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

Mohamed:     I will get off in *about* two hours. <mark>*I will with the old guy,* Atosh [PH]. I will take care of, **God willing.**</mark>

Ahmed:       *Okay,* **brother***; may God make things easy for you. Say hello to the young men, alright?*

Mohamed:     *Yes,* **God willing; by the will of God.** Give my-give my warmest regards to Bara from me, **by the will of God.**

Ahmed:       *Yes, yes, yes, yes.* **Brother**, if you can…the brothers, *you know*-what do say-those eyeglasses, *you know*-

Mohamed:     *Yes.*

Ahmed:       **Brother, I swear,** *it is*-get-*it is*-if you can talk to them, *you know, it is,* not much more, *you know*-not much-like one hundred, or what do you say, less than one hundred, *it is*-you can compare it, *you understand,* for the brothers, *you know. It is*-the orphans, *you know*-*it is…*

             [Static]

Mohamed:     Hello…

Ahmed:       [OV] You know-you know that thing, **God willing,** one is not in a good position. People come to you and say…"We need shoes, we need-we need some credit for the telephones", *you know.*

             [Static]

Mohamed:     Ismail [PH]!

Ahmed:       *Yes.*

Mohamed:     *Brother, I beg you,* I really did not hear anything; everything disappeared. *Repeat it to me one more time.*

Ahmed:       *Alright. Can you hear me now?*

Mohamed:     *Yes, now I can hear you very well.*

Ahmed:       *Yes, I told you,* the eyeglasses-*and if they guys put their effort together, you know, and put together a little* every month, *you know.*

7
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12

| | |
|---|---|
| Mohamed: | *What about* every month? |
| Ahmed: | If they can do a collection every month *for the orphans, you know.* |
| Mohamed: | Collection? |
| Ahmed: | *Yes, for the orphans-orphans.* |
| Mohamed: | *Yes,* are there orphans? |
| Ahmed: | *Yes, I mean us, us young people, you know.* |
| Mohamed: | *The orphans without* [UI]-*do you mean the orphans in* the film? |
| Ahmed: | *Yes, yes, yes, yes, yes.* Not just them, *it is,* not just-**the brothers,** *you know, you know, you know that-who* do not have families here, *you know.* |
| Mohamed: | *Yes, very well.* |
| Ahmed: | *They do not have* families *here. So you can understand even we who have* families *here* sometimes [UI], *you know*[OV] |
| Mohamed: | *I understand, I understand.* |
| Ahmed: | *It is so that they say sometimes that* they need shoes, they need some credit for the telephones and things like that, you know. |
| Mohamed: | **Praise the lord-praise the lord.** |
| Ahmed: | *So it is,* tell the brothers, *what do you say, it is something that is good for them.* It is-it is-their bank accounts have dried up, *do you understand?* |
| Mohamed: | Absolutely, absolutely. |
| Ahmed: | *So it is-* there is not much-*even the little they collect* will help them too, *do you understand,* the brothers, *do you understand.* |
| Mohamed: | **God almightly-God almighty, I swear** it is tough. **Yes, God willing. God willing,** I will talk-**God willing.** |
| Ahmed: | *It is, so you must tell them that they have been slacking off and tell them* to wake up. |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/2/2010  15:12


Mohamed:     *Yes*, **I swear.** *They are* deeply *asleep, these ones.* **I swear,** *they are asleep.* **God willing, by the will of God***, alright, dear brother.*

Ahmed:       But, but, uh, tell this to the one with the eyeglasses, **God willing.**

Mohamed:     *Alright*, **God willing.** Uh-uh, there a brother- with eyeglasses?  What did you say?

Ahmed:       The eyeglasses-the eyeglasses from Husby.

             [Subway/train announcement for the next stop]

Mohamed:     From Husby! *Alright, alright, alright.*

Ahmed:       *Alright,* **brother, God willing.**

Mohamed:     *Alright, dear brother; I wish you well.* **Peace be upon you.** *Alright?*

Ahmed:       **And peace and God's blessings be upon you.**

Mohamed:     *Alright.*


             [End of conversation]

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



935 Pennsylvania Avenue, NW
Washington, D.C. 20535

| | |
|---|---|
| File Number: | ▨ |
| Requesting Official(s) and Office(s): | ▨ |
| Task Number(s) and Date Completed: | ▨ |
| Name and Office of Linguist(s): | ▨ |
| Name and Office of Reviewer(s): | ▨ |
| Source Language(s): | Swedish/Somali/Arabic |
| Target Language: | English |
| Source File Information | 05/18/2010  18:18 |

VERBATIM TRANSLATION

| Participants: | Bille Ilias Mohamed | Mohamed |
|---|---|---|
| | Ali Yassin Ahmed | Ahmed |

| Abbreviations: | Unintelligible | [UI] |
|---|---|---|
| | Simultaneous Conversation | [SC] |
| | Phonetic | [PH] |
| | Overlapping Voices | [OV] |

UNCLASSIFIED

UNCLASSIFIED

Languages:                          Swedish = Normal font
                                    Somali = *Italic*
                                    English = <u>Underlined</u>
                                    Arabic = **Bold**


**Translator's notes:**
Hudeifa – Mohamed Yusuf
Dawa – missionary type of work to spread the Islamic faith
Shamo Hotel – Well-known hotel in Mogadishu's Hodan district (km 4)
Shahado – martyrdom
Eggeby Gard – an area close to Rinkeby in Stockholm, Sweden
Tensta – is a district in Spanga-Tensta borough in Stockholm, Sweden
Rinkeby – is a district in Rinkeby-Kista borough in Stockholm, Sweden
Nasheed – religion-based Arabic song
Dhere – Somali nickname given to tall person

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

| | |
|---|---|
| | [Phone ringing] |
| Ahmed: | [IA] |
| Mohamed: | **Peace be upon you.** |
| Ahmed: | **Peace and God's blessing be upon you.** |
| Mohamed: | [Laughing] *Even the voice sounds lower, you know-* [OV] |
| Ahmed: | Abdikarim [PH] [OV] |
| Mohamed: | *Even the voice sounds lower; even the change...* ay-ay-ay-ay |
| Ahmed: | [Laughing] ay-ay-ay-ay…[laughing]. You noticed, huh? |
| Mohamed: | [Laughing] *even the voice* has also changed [laughing] ay-ay-ay. |
| Ahmed: | [OV] [UI] what do you say-*brother, the aggression is gone; are you crazy, brother? It is...* [laughing] [OV] |
| Mohamed: | [Laughing] **God is great.** |
| Ahmed: | *Tomorrow I was thinking-tomorrow I was thinking-Hudeifa,* before he-before he got married. |
| Mohamed: | *Yes, right.* |
| Ahmed: | *He was, you know, very hot-tempered. And then Hudeifa,* **God willing,** *was all about righteousness.* |
| Mohamed: | *Yes, everything-something-very well, so-very well, so; I remember him very well-no,* **brother,-**now you take it first; no, I was like, no-no-no, take it, take it, take it. *He was refusing it from other people, you know* [OV] |
| Ahmed: | *It is true. When he speaks* [UI], **I swear** [UI]. *The neighbor was startled* [OV] |
| Mohamed: | [Laughing] **[Arabic]** |
| Ahmed: | **Brother, thank God, may God reward you. I swear,** I was thinking of you *today* [UI] **I swear, God almighty.** How are things? |

1
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18


| | |
|---|---|
| Mohamed: | **Thank God, lord of the universe.** Everything is *fine*, you know.  I just cannot complain; it is just that simple*,* **thank God, lord of the universe.** What is happening at your place? |
| Ahmed: | **I swear,** *it is fine.* **I swear,** things are stable, **thank God. I swear,** *now everything is good. Now you know…* |
| Mohamed: | *Alright.* |
| Ahmed: | **I swear,** not much. By the way, do you know, uh, Fowsan [PH]? *Do you know* Fowsan [PH]? |
| Mohamed: | *Very well.* |
| Ahmed: | *Yes,* he got married, brother. *May God accept it from him* [UI] |
| Mohamed: | **God is great** [noise] **God is great, God almighty. [OV]** How long ago was that? |
| Ahmed: | Well, it was like-about-uh, **may God forgive me-I swear to God,** Raqali [PH] *was after him,* **I swear, God almighty.** |
| Mohamed: | *Who was after him?* |
| Ahmed: | *Came after-yes Danuna* [PH] *was after him, brother. What do you think?* |
| Mohamed: | *The* Danuna [PH]*-our* Danuna [PH]? |
| Ahmed: | *Yes* [OV] Danuna *was after him.* |
| Mohamed: | [OV] **God almighty.** |
| Ahmed: | **I swear to God,** *three days have passed my friend.* |
| Mohamed: | *Three days?* |
| Ahmed: | *Yes. Little Shaban*  [PH] *and I went to his* **wedding**. *We decorated the ground-we decorated the ground for him that day,* **I swear, God almighty…**[OV] |
| Mohamed: | **My God, I swear,** Danuna [PH] *was extraordinary,* **I swear,** Danuna [PH] *was extraordinary.* |

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

| | |
|---|---|
| Ahmed: | Brother, **I swear to God,** everybody-everybody talk about him, **I swear to God.** *He goes downtown and stops and the mosque, it is-it is-he mingles with the public* [UI] **dawa**-his duty, brother, no matter where he is-no matter where he is located. |
| Mohamed: | Yes, I remember very well that he used to do like that. Even amongst the brothers, he used to tell them, you know, to pray [UI] [OV] |
| Ahmed: | [OV] [UI] |
| Mohamed: | Ay-ay-ay-ay-ay. |
| Ahmed: | **I swear,** that brother, *you know,* **I swear, God almighty, I swear** [UI] [OV] |
| Mohamed: | *Brother*, **I swear,** the best people are disappearing, **I swear.** |
| Ahmed: | **I swear**, brother, I was sitting and thinking the other day, *you know,* **I swear** [UI] him, I thought, **I swear,** there were three great brothers whom I knew, *do you understand?* |
| Mohamed: | *Right.* |
| Ahmed: | One *was, you know,* one *was*-it was Danuna [PH], okay?  He was the last one until now, as far as I know. |
| Mohamed: | *Right.* |
| Ahmed: | Two-*they are-are gone.* Two-*they are-that guy, you remember, about-about that hotel-did you hear about the* Shamo Hotel? |
| Mohamed: | *Very well-very well.* |
| Ahmed: | From Den-Denmark. *Did you see that guy? Did you meet him before?* |
| Mohamed: | *No-no, I do not know him; I do not know that guy but I know the Hotel* Shamo. **Yes,** *but I do not know that guy.* |
| Ahmed: | Uh, you must have seen him, brother. *It is...* [OV] |
| Mohamed: | But I am not good with names, you know. But I have seen people, you know, but I am not good with names, you know. |

3
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

| | |
|---|---|
| Ahmed: | *Yes,* you must have seen him. *He used to hang out with Abdirahman Denmark, he used to hang with. He is-he is a guy-* he is *like Abdirahman-what do say-*[UI]-*he is* [UI]-*he is…* young guy-*you understand-*he-he acted a lot *like* **security** and such, *you know.* |
| Mohamed: | <u>Okay-okay.</u> |
| Ahmed: | From Denmark. |
| Mohamed: | *What?* |
| Ahmed: | *It so that sometimes* one does-one does not see him that much. *It is so that sometimes he even slept at the house one or two nights, at mamma's house, you know.* |
| Mohamed: | *Right.* |
| Ahmed: | **I swear,** this brother-I talked-I knew him very little, **I swear,** *but* this brother, when I talked to him, *it was so,* I-you never hear him talk about laughter *and this life-*what he talks about *is the afterlife, paradise, what do you say-knowledge, what do you say…* This brother, *you know,* when [UI] spends time with him, *what do you say-***I swear, God almighty,** he was the second person, uh, the third person *was a guy by the name of* Abdirahman; Abdullahi-he used to spend time with us, *what do you say; the* Qanasir [PH], *you know.* |
| Mohamed: | *The* Abdirahman *who-who-who was* Ansar*, right?* |
| Ahmed: | *He was* Ansar*, yes* [OV] |
| Mohamed: | *Is it the* Abdirahman *with the light skin?* He-he was a little bit, a little bit light-skinned? |
| Ahmed: | *Yes,* he was a little light-skinned; *he used to sleep at the house, do you remember, near* Dabaqen's [PH] |
| Mohamed: | *That is it.* There was one time, you know-I thought-you thought, yes, uh, I do not know-I do not know if it is he-you said to me…exactly-<u>okay</u>-precisely. |
| Ahmed: | *What?* |
| Mohamed: | *Yes.* **Yes, yes, yes.** *He used to sleep at* Dabaqen's [PH] *house; you are right.* |

4
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

Ahmed:      *Yes, yes, yes. He*… [OV]

Mohamed:    [OV] *yes, you are right,* **I swear**… [OV]

Ahmed:      [UI] [OV]

Mohamed:    *You told me once that* Abdirahman-you-you thought about doing a [UI] for me.
            Or, I do not know, you thought about doing one…

Ahmed:      *Yes,* that is true-that is true. Exactly; yes, it also happened, **I swear,** that is true, **I
            swear.** Precisely; *I mean* it is him.

Mohamed:    Ay-ay-ay, he also; and-and he also got married?

Ahmed:      *Yes*-he went at the same time-at the same time as Abu Hamza.

Mohamed:    *Yes,* **God is great-God is great, God almighty.**

Ahmed:      *When I heard,* **I swear,** he was-he was the third person whom I knew, *do you
            understand?*

Mohamed:    *Right.*

Ahmed:      *So*, **I swear,** it is beautiful, **I swear** [UI] two weeks ago, **brother.**

Mohamed:    **God almighty,** *brother*-**I swear to God.** What!? *Brother,* when I return-when I
            return there-when-nobody-nobody I know [laughing]

Ahmed:      [Laughing]

Mohamed:    [Laughing] **I swear-I swear.**

Ahmed:      **I swear-I swear** [OV] There is a thing I have [UI] at work, *do you know what?*

Mohamed:    *Right.*

Ahmed:      It is-the old ones'-there are many old-old ones' who go away, *I mean,* and there
            are new ones' arrive all the time, *do you understand?*

Mohamed:    *It is true, it is true-ay-ay-ay-ay.*

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

Ahmed:      [OV] **I swear-I swear** it is beautiful, **I swear.**  I do not know what to say, **I swear.** One is just waiting for, *what do you say,* your time-our time will come, *do you understand?*

Mohamed:   **God willing-by the will of God-God willing.** May Allah-may Allah give-may Allah give you all **shahado**, **God willing,** until I-after I come.

Ahmed:      [Laughing] brother…

Mohamed:   [Laughing] **God willing**, brother,  *pray* for me. **I swear,** I-I-I, there is a lot of pressure on me over here, *do you understand?*

Ahmed:      I understand, brother, I understand [OV]

Mohamed:   [OV] I cannot-I cannot [OV] I cannot sleep at all-good, **I swear.** Not even good-but I cannot even sleep normally, *do you understand?*

Ahmed:      I understand,  **I swear;** I understand, **I swear.**

Mohamed:   *So,* **God willing,** I [OV] **I swear,** I was about to won—I-I-I have concluded now that I-hmm-*I will pack my bags,* do you understand what I mean? I will show up anytime, **God willing, by the will of God.**

Ahmed:      *Very well, very well, very well.* How are things going with your family? Your family and, uh, your siblings?

Mohamed:   [OV] **I swear,** I-I-I thought about doing it this way, you know; I thought we-I spoke with my-we have talked to the family and such; and  my-my older sister and such, and we have agreed that I-I will bring the boy with me, do you understand?

Ahmed:      *Yes, yes* [OV] you [UI] [OV]

Mohamed:   [OV] the boy, they boy-he is-I am going to bring this boy with me. He is-he is starting to-he is around 15, you know.

Ahmed:      *Yes*, he is starting to be difficult.

Mohamed:   He is starting to be difficult now, you know. Even now-I am here-he is already difficult. I-*while I am here,* I am here-he is already crazy.

Ahmed:      *Yes,* **God almighty** [OV]

6
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18


Mohamed:     [OV] although they live in another city, you know. They live in another city and I live here, you know.

Ahmed:       *They live in a small village, yes.* There is a lot [OV]

Mohamed:     Exactly. I am thinking about throwing him, **God willing, by the will of God.** I am thinking about showing up and throw him *and-and hand him over to the brothers*; let him serve his four months or three months, or whatever it is.

Ahmed:       *Yes.*

Mohamed:     So that he can do something useful for-for-for this *religion.*

Ahmed:       **Yes-yes-yes,** I understand, I understand [OV]

Mohamed:     [OV] **God willing,** and so I thought about doing it like that. And then leave the girls, uh, the girls are-the girls are [UI]-they are, uh, like; regardless, the girls are very calm, *do you understand?*

Ahmed:       *Very well, very well.*

Mohamed:     They are like, obedient and completely quiet, you know. They are not the type who rather talks. They are just quiet. So, **God willing,** I am thinking-I am thinking about letting them stay one more year, until they can send some money there-over there so that I can, uh, arrange something for them-something, you know, some house or something like that over there, you know.

Ahmed:       *Very well so, very well so, very well so.*

Mohamed:     So I made-I made an agreement with my older sister that she would send one thousand dollars every month, after I have left so that I can-I can arrange a place for them; I mean some place where one can-somewhere where one can-a house or something, do you understand what I mean? Not-not to buy a house or to build a house, but to rent, to rent a house, you know [OV] that is something at least.

Ahmed:       *Yes* [UI]

Mohamed:     [OV] **thank God,** so it will be okay that way. But I cannot leave the guy behind, it is impossible. Like, everything I came here for it is-it was because of him, do you understand what I mean? It is impossible for me leave this place without him.

Ahmed:       *Yes, yes, yes,* [UI] **God willing** [OV]

7
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

Mohamed:     [OV] *so* **thank God, by the will of God, I swear,** *brother.* I-I-I-**thank God, but the will of God. I swear,** I am-I am-right now I am walking by myself [laughing] and I-I am only walking-Eggeby-Eggeby Gard.

Ahmed:       Eggeby Gard; yes, yes, yes [laughing]

Mohamed:     [UI] between Tensta and Rinkeby, you know. I am walking there by myself, **I swear,** and I-and I [OV] I was listening to the MP 3 player here.

Ahmed:       Yes.

Mohamed:     I was listening-I was listening to the MP 3 player and then this **nasheed** that you used to listen to came on. It is-this one [**singing in Arabic**] it is this one-the Iraqi one, the [laughing]

Ahmed:       *Yes* [laughing]

Mohamed:     [Laughing] **I swear**, I swear by God, **I swear,** it came on; so that-that is why I thought-yes, I thought about Ismail. I thought, yes, I have to dial-I thought I had a little bit left on this cell-on the SIM card, you know; and I thought I might as well, like, spend it on him.

Ahmed:       [Laughing] [UI]

Mohamed:     [Laughing] **I swear** [UI] **nasheed** [UI]. Do you know which **nasheed** I mean?

Ahmed:       *Play it again, play it again, play it again.*

Mohamed:     It goes-it goes, like, uh, wait…for just a second. A sec-it goes like, a song like that- I-I really-you really like that one. You only told me once; uh, "I-I do not understand anything but I like it anyway", you said. Do you understand what I mean? [Laughing]

Ahmed:       [Laughing] [UI] [OV]

Mohamed:     [OV] it-it-it was-wait, wait, wait-let me, I-I will-I will play this-I will play it so that I can hear it again-so that I can remember it, you know. I do not remember it myself.

Ahmed:       *Alright.*

Mohamed:     It-it goes- **[Arabic]**

8
UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18


| | |
|---|---|
| Ahmed: | *What?* |
| Mohamed: | Just a second; wait, listen. |
| | [A song playing in the background] |
| Mohamed: | Do you hear anything? |
| Ahmed: | No, no. *No, no.* |
| Mohamed: | You cannot hear it, huh? **Anyway,** screw it. **Anyway,** it is like that, **God willing.** It is just- Regardless, you usually listen to it pretty heavily [laughing] |
| Ahmed: | [Laughing] **God is great.** |
| Mohamed: | *Tell me about* Hudeifa-*tell me about* Hudeifa. How is Hudeifa doing? |
| Ahmed: | No, Hudeifa-I have not had time for- I-I-I have not been able to reach him for a whole week; *his telephone is disconnected, you know. I was speaking with* Shaban [PH]; Shuaib [PH] *and the Arab guy,* Wasuud [PH], *have spoken to him, you know-* |
| Mohamed: | *Right.* |
| Ahmed: | *So* he-he is doing well, **thank God.** *They are at their place and his wife is ni-, you know;* his-his-his wife, *what do you say,* is seven months pregnant. **I swear, thank God,** they are doing well, **I swear.** He says hello, *what do you say, he said to convey* his greetings to brother Wasuud [PH] |
| Mohamed: | **Yes, God almighty** [OV] |
| Ahmed: | [OV] [UI] a short while, *what do you say* [OV], I and Mostafa [PH]. Uh, now-now, right now, *what do you say,* with the brothers, *you know-* |
| Mohamed: | *Yes,* **yes.** |
| Ahmed: | *So,* **thank God, I swear,** things are working out, **I swear, God almighty.** There is a lot of headache, *you know***;** with the work that we are responsible for these days, *you know.* |
| Mohamed: | **Yes**, brother. |

UNCLASSIFIED

UNCLASSIFIED

NYO Task #: 43296
LSTC 69153.swav
5/18/2010  18:18

| | |
|---|---|
| Ahmed: | *But,* **I swear, thank God,** *may God make it easy for us.* There are a lot of things that needs to be done, *you know.* [OV] there is-there is still [UI], *may God make it easy for us.* |
| Mohamed: | *Amen, amen, amen.* |
| Ahmed: | [OV] **thank God.** Otherwise, how are things-how are things going for the brothers over there. *And tell me about* Ismail. |
| Mohamed: | *What, brother*? |
| Ahmed: | *Where is* Ismail Dhere [PH], my friend, Ismail Goodir [PH]? |
| Mohamed: | *Do you mean* Ismail Goodir [PH]? |
| Ahmed: | *Yes.* |
| Mohamed: | *Brother-brother-* [OV] |
| Ahmed: | *What?* |
| Mohamed: | *He enjoyes life; those people enjoy life, my friend.* |
| Ahmed: | *Swear to God,* **God almighty** [OV] |
| Mohamed: | [Laughing] Ismail Goodir [PH], *may God show him the way to paradise.* |
| Ahmed: | *Does he have children?* |
| Mohamed: | *What? Yes he has a son; he has a son who is one year old.* |
| Ahmed: | **Thank God.** *Does he talk to you when he sees you, man?* |
| Mohamed: | *No, he is good for this other side, what do you say, keeping in touch* and things like that. *But he is good-he will accept and tell you directly: "Brother, I..."* |

[End of conversation]