# Mark S. DeMarco

Attorney At Law
2027 Williamsbridge Road
Bronx, New York 10461
718 239 7070
Fax 718-239-2141
[MSDLaw@aol.com](mailto:MSDLaw@aol.com)

January 26, 2016

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**BY ECF**

                                    **Re:** *United States v. Mahdi Hashi*
                                          **12 Cr. 661 (JG)**

Your Honor:

      Please see the attached letters submitted on behalf of Mr. Hashi, who is scheduled for sentencing on January 29, 2016. Thank you for your attention to this matter.

                                          Respectfully Submitted,

                                          *Mark S. DeMarco*

                                          Mark S. DeMarco
                                          Attorney for Mahdi Hashi

cc:      All Counsel
          By ECF & Electronic Mail