Bruno Leiva
38 Gilbeys Yard
Camden Town
London
NWI 8HB
mrbruno.leiva@gmail.com

November 25 th 2015

To the Honourable John Gleeson, United States District Judge:

Re: U.S. v. Mahdi Hashi
12Cr. 661 (JG)

My name is Bruno Leiva I am a service advisor currently employed at a Toyota dealership (Jemca Car group), I am a childhood friend of Mr Mahdi Hashi, I have known him personally for over 20 years, we grew up in the same neighbourhood and remained very close throughout the years.

Through the years of knowing Mahdi I have always respected him and loved him almost like a brother. He was always a very popular individual, well liked and mannered with myself, my family and everyone he came across. Mahdi was always family orientated as he looked out for his younger siblings and supported both his parents. Very responsible from a young age and was an inspiration to most of us in our community. While most of us had gone through bad routes Mahdi always seemed to stay distant from following the crowd and therefore was able to give us (myself personally) advice on how to improve ourselves. I had personally gone through a bad time where I had substance abuse and in result ended up in a psychiatric hospital, Mahdi would come and visit me frequently and remind me of my family and children and what was important. He made a humungous difference; he would show me continuous support and his positive personality added strength in a time of need. I have always know Mahdi to be of a good nature and have the best intentions at heart, he would get involved within our communities to try and improve our circumstances and get involved with the many troubled youth, offering them advice to turn away of a life of crime. He had ambitions to make a difference in a positive way and demonstrated it through his passion of making a change in most of the lives he touched including mine. In the 20 years of knowing Mahdi we had never been in an altercation neither uttered a bad word to one another. He was and continues to be one

of the many few that I hold dearly in my heart and trust without questioning. He has built that reputation not just with me but with many people that he has come across. He is a loveable character, strong minded, wise beyond his years. A good brother to his siblings, son to his parents, father to his child, husband to his wife a true friend to myself and many and could not speak more highly of someone.

Taking all of this into account I plea with you that leniency is shown to an individual who is an inspiration to a whole community and many more. An individual who has been taken away from his family, loved ones and spent years in solitary confinement, enough to crush the spirit of any human being. I know given the chance to Mahdi can make a huge difference in this world and is able to bring positivity in so many people. I am living proof of that statement as I am a reformed character through the help and support Mahdi had given and I am just one of many.

Yours sincerely,

Bruno Leiva