## Suay Sagbasan Vargas

To the Honourable John Gleeson, United States District Judge c/o Mark S.De Marco,

My Name is Suay Sagbasan Vargas and I am currently managing a branch of London's strongest Mid-market estate agencies, I have Known Madhi for just over 11 years now and initially met him through a mutual friend called Bruno Leiva Berger whom lives in the same area as did I. Although it has been many years since I have had direct contact with Madhi due to he's current situation I have found him to be a very responsible, caring individual with a strong bond with family and friends whom always had time to listen to others people problems and happy to spend time to give advice which he did on many occasions and during any time spent with Madhi I felt very comfortable in he's presence and over a period of time developed a trust with him that lasts to this day. Although most of the time we were around each other we were also with other people I would not hesitate to call him a good friend and a trust worthy, empathetic human being, Both Bruno and I miss him dearly. I remember he's ambitions to teach and I remember him having the right personality for it.


Suay Sagbasan Vargas

*[signature]* 26/11/15

1